**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

SM MERGER ARBITRAGE FUND, LP and
ASSOCIATED CAPITAL GROUP, INC., on
behalf of themselves and all others similarly
situated,

      Plaintiffs,

      v.

CEREVEL THERAPEUTICS HOLDINGS,
INC., BAIN CAPITAL INVESTORS, LLC
AND PFIZER, INC.,

      Defendants.

C.A. No. 25-cv-517-GBW

**DECLARATION OF MICHAEL J. FARNAN IN SUPPORT OF THE MOTION OF THE
CEREVEL INVESTORS FOR APPOINTMENT AS LEAD PLAINTIFF
<u>AND APPROVAL OF SELECTION OF COUNSEL</u>**

**Dated: June 3, 2025**

**FARNAN LLP**
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
Tel.: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Liaison Counsel for Proposed Lead Plaintiff
the Cerevel Investors and Proposed Liaison
Counsel for the Class*

I, Michael J. Farnan, declare as follows:

1.    I am a member in good standing of the bar of the State of Delaware and of this Court. I am a partner at the law firm of Farnan LLP. I submit this Declaration in support of the motion filed by the Cerevel Investors for appointment as Lead Plaintiff and approval of their selection of Entwistle & Cappucci LLP to serve as Lead Counsel, and Farnan LLP as Liaison Counsel, for the class.

2.    Attached hereto are true and correct copies of the following exhibits:

Exhibit A:    Sworn certifications of the Cerevel Investors pursuant to the Private Securities Litigation Reform Act of 1995;

Exhibit B:    Analysis of the Cerevel Investors' Financial Interest in Cerevel Therapeutics Holdings, Inc., common stock during the Class Period, prepared by counsel;

Exhibit C:    Joint Declaration in Support of the Motion of the Cerevel Investors for Appointment as Lead Plaintiff and Approval of Selection of Counsel;

Exhibit D:    Notice of the pendency of *SM Merger Arbitrage Fund, LP and Associated Capital Group, Inc. v. Cerevel Therapeutics Holdings, Inc., Bain Capital Investors, LLC and Pfizer, Inc.,* C. A. No. 25-cv-517-GBW (D. Del.), published on April 4, 2025, in *BusinessWire*;

Exhibit E:    Firm resume of Entwistle & Cappucci LLP; and

Exhibit F:    Firm resume of Farnan LLP.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 3rd day of June 2025.

*/s/ Michael J. Farnan*
Michael J. Farnan (Bar No. 5165)