# EXHIBIT B

**Cerevel Investor Group - SM Entities**

I.      **Section 20A - Insider Trading Claim Class**

*Sold shares of Cerevel stock contemporaneous with Bain Capital's purchase of shares on or about October 16, 2023*

| Fund | Shares Sold 10/16/2023 | Shares Sold 10/16 - 10/18/2023 | Shares Sold 10/16 - 10/20/2023 |
|---|---|---|---|
| SM Merger/Arbitrage, LP | 0 | 0 | 0 |
| Associated Capital Group, Inc. | 0 | 0 | 0 |

II.     **Section 14(a) - Proxy Claim Class**

*Held shares of Cerevel as of the January 8, 2024 record date and were entitled to vote on the merger of Cerevel and AbbVie, Inc.*

| Fund | Shares Held on 1/8/2024 Record Date | Shares Held on 1/8/2024 Record Date and Sold Into the Merger |
|---|---|---|
| SM Merger/Arbitrage, LP | 25,200 | 5,600 |
| Associated Capital Group, Inc. | 6,000 | 3,600 |

III.    **Section 10(b) - Fraud Claim Class**

*Sold or otherwise disposed of the publicly-traded common stock of Cerevel during the period October 11, 2023 - August 1, 2024 (including shares tendered in the merger)*

| Fund | Net Shares Sold 10/11/2023 - 8/1/2024 | Total Shares Sold 10/11/2023 - 8/1/2024 |
|---|---|---|
| SM Merger/Arbitrage, LP | 0 | 25,200 |
| Associated Capital Group, Inc. | 0 | 10,800 |

**Cerevel Investor Group - Atlas Diversified Master Fund Ltd.**

**I.   Section 20A - Insider Trading Claim Class**

*Sold shares of Cerevel stock contemporaneous with Bain Capital's purchase of shares on or about October 16, 2023*

| Fund | Shares Sold 10/16/2023 | Shares Sold 10/16 - 10/18/2023 | Shares Sold 10/16 - 10/20/2023 |
|---|---|---|---|
| Atlas Diversified Master Fund, Ltd. | 96,585 | 213,447 | 326,776 |
| Weighted Average Sale Price | $22.72 | $22.81 | $22.79 |

**II.   Section 14(a) - Proxy Claim Class**

*Held shares of Cerevel as of the January 8, 2024 record date and were entitled to vote on the merger of Cerevel and AbbVie, Inc.*

| Fund | Shares Held on 1/8/2024 Record Date | Shares Held on 1/8/2024 Record Date and Sold Into the Merger |
|---|---|---|
| Atlas Diversified Master Fund, Ltd. | 2,056,392 | 418,775 |

**III.   Section 10(b) - Fraud Claim Class**

*Sold or otherwise disposed of the publicly-traded common stock of Cerevel during the period October 11, 2023 - August 1, 2024 (including shares tendered in the merger)*

| Fund | Net Shares Sold 10/11/2023 - 8/1/2024 | Total Shares Sold 10/11/2023 - 8/1/2024 |
|---|---|---|
| Atlas Diversified Master Fund, Ltd. | 78,988 | 11,851,196 |