# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| SM MERGER ARBITRAGE FUND, LP and ASSOCIATED CAPITAL GROUP, INC., on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>     v.<br><br>CEREVEL THERAPEUTICS HOLDINGS, INC., BAIN CAPITAL INVESTORS, LLC AND PFIZER, INC.,<br><br>     Defendants. | C.A. No. 25-cv-417-GBW |

**JOINT DECLARATION IN SUPPORT OF THE CEREVEL INVESTORS' MOTION**
**FOR APPOINTMENT AS LEAD PLAINTIFF AND**
**APPROVAL OF SELECTION OF COUNSEL**

We, Salvatore Muoio and Matthew Siclari, declare as follows:

1.      We respectfully submit this Joint Declaration in support of the motion of SM Merger/Arbitrage, L.P., Associated Capital Group, Inc. and Atlas Diversified Master Fund, Ltd. (collectively, the "Cerevel Investors") for appointment as Lead Plaintiff and approval of their selection of and Entwistle & Cappucci LLP ("Entwistle & Cappucci") to serve as Lead Counsel, and Farnan LLP to serve as Liaison Counsel, for the proposed Class in the securities class action litigation against Cerevel Therapeutics Holdings, Inc. ("Cerevel") and certain other defendants (collectively, "Defendants").

2.      SM Merger/Arbitrage, L.P. and Associated Capital Group, Inc. (the "SM Funds") brought the litigation on behalf of investors who: (1) sold or otherwise disposed of the publicly-traded common stock of Cerevel during the period from October 11, 2023 through August 1, 2024, inclusive (the "Class Period") and thus were damaged by Defendants' violations of Section 10(b) of the Exchange Act (the "Fraud Claim Class"); (2) held shares of Cerevel as of the January 8, 2024 record date ("Record Date") and were entitled to vote on the merger of Cerevel and AbbVie Inc. ("AbbVie") and thus were damaged by Defendants' violations of Section 14(a) of the Exchange Act (the "Proxy Claim Class"); and (3) sold shares of Cerevel stock contemporaneously with Bain Capital Investors, Inc.'s ("Bain") purchase of shares on or about October 16, 2023 and thus were damaged by Bain's violations of Section 20A of the Exchange Act (the "Insider Trading Claim Class," and collectively with the Fraud Claim Class and the Proxy Claim Class, the "Class").

3.      We are informed of and understand the requirements and duties imposed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), including the selection and retention of counsel and overseeing the prosecution of this litigation.  We each have personal

knowledge of the information in this Joint Declaration to the extent it concerns the movant with which we are respectively associated.

4.     I, Salvatore Muoio, am the Managing Member of S. Muoio & Co. LLC, the general partner and investment advisor of SM Merger/Arbitrage, L.P. and investment manager of Associated Capital Group, Inc. *(i.e.,* the SM Funds) and am authorized to make this Joint Declaration on behalf of the SM Funds.  I am also authorized to initiate and pursue legal action on behalf of the SM Funds, including seeking Lead Plaintiff status in this action and signing the Certification and this Joint Declaration submitted in connection with the Cerevel Investors' Lead Plaintiff motion.  Headquartered in Greenwich, Connecticut and New York, New York, the SM Funds are institutional investors that understand and accept the duties and responsibilities with which a lead plaintiff is charged under the PSLRA. S. Muoio & Co. LLC, the SM Funds' investment manager, has significant familiarity with the PSLRA's requirements as a result of its oversight of investment funds serving in leadership roles in other transaction-related securities class actions.  In addition, the SM Funds are currently serving as a lead plaintiff with other institutional investors in *In re Emisphere Technologies, Inc. Securities Litigation,* No. 2:23-cv-20898 (SDW) (AME) (D.N.J.).

5.     During the Class Period, the SM Funds sold shares of Cerevel common stock and held shares on the record date and incurred substantial losses as a result of their tender of those shares in the Merger.  The decision of the SM Funds to purchase and sell Cerevel common stock was based upon analysis of publicly available information.  In doing so, the SM Funds relied on the integrity of the market prices of Cerevel common stock and the veracity of Defendants' public statements and financial disclosures.

2

6.  I, Matthew Siclari, am General Counsel of Balyasny Asset Management, L.P., the investment advisor to Atlas Diversified Master Fund, Ltd. (the "Atlas Fund"). I am authorized to initiate and pursue legal action on behalf of the Atlas Fund, including seeking Lead Plaintiff status in this action and signing the Certification and this Joint Declaration submitted in connection with the Cerevel Investors' Lead Plaintiff motion. Headquartered in Chicago, Illinois, the Atlas Fund is an institutional investor that likewise understands and accepts the duties and responsibilities with which a lead plaintiff is charged under the PSLRA. The Atlas Fund's familiarity with the PSLRA is informed by, among other things, its experience currently serving as a lead plaintiff in *Water Island Event-Driven Fund v. MaxLinear, Inc., et al.,* No. 3:23-cv-01607-CAB-VET (S.D. Cal.).

7.  During the Class Period, the Atlas Fund incurred substantial losses as a result of its sales of Cerevel common stock and tender of shares in the Merger. The decision of the Atlas Fund to purchase and sell Cerevel common stock was based upon analysis of publicly available information. In doing so, the Atlas Fund relied on the integrity of the market prices of Cerevel common stock and the veracity of Defendants' public statements and financial disclosures.

8.  The Cerevel Investors are each highly motivated to recover the substantial losses that they (and the rest of the Class) incurred as a result of Defendants' violations of the federal securities laws. Our primary goal in seeking to serve as Lead Plaintiff in this case is to achieve the best possible recovery for the Class from all culpable parties. We are dedicated to maximizing the Class's recovery by ensuring this litigation is prosecuted in an efficient and cost-conscious manner and believe that we have put in place mechanisms to ensure effective decision-making and coordination and oversight of our chosen counsel.

3

9.      In that regard, the SM Funds have already taken significant steps to protect Class members' rights in the action by, among other things, instructing Entwistle & Cappucci to undertake a robust investigation into Cerevel. Based on the strength of their investigation, the SM Funds directed Entwistle & Cappucci to file a complaint asserting violations of the federal securities laws against Defendants on behalf of the Class. The SM Funds then issued a press release through counsel informing Cerevel investors of the claims asserted in the complaint, as well as the June 3, 2025 deadline by which investors could seek Lead Plaintiff appointment.

10.     To ensure an optimal result for the Class, we believe that this case should be prosecuted by movants that are sophisticated institutional investors and principals who lead such investors with significant resources, prior experience serving as fiduciaries and in selecting, hiring and overseeing the activities of outside counsel in complex litigation, and a financial interest substantial enough to ensure the claims are litigated vigorously, efficiently, and in the best interests of the Class.

11.     The Cerevel Investors each independently determined that they could maximize the Class's recovery by seeking appointment as Lead Plaintiff in this case based on their (i) investments in Cerevel common stock throughout the Class Period, (ii) ability to share and combine resources and their perspectives and (iii) shared goals and interests in protecting and maximizing fund assets. The Cerevel Investors also each independently determined that it would be in their and the Class's best interests to seek to jointly prosecute these important claims. The decision to seek joint appointment as Lead Plaintiff was, in part, informed by the Cerevel Investors' roles as fiduciaries, their shared goals and interests in protecting and maximizing their assets and enhancing the reliability and transparency of information disseminated by publicly traded corporations, particularly in connection with significant

4

corporate events, and their shared belief regarding the role of corporate governance in detecting and preventing securities fraud.  After analyzing the merits of the claims and the respective losses incurred as a result of Defendants' alleged misconduct, and consulting with counsel, the Cerevel Investors approved the filing of a motion for Lead Plaintiff appointment.

12.     The Cerevel Investors agree that their partnership is well suited for this litigation and will further the interests of the Class.  The Cerevel Investors are aware that the PSLRA expressly allows for the appointment of lead plaintiff groups, and courts throughout the country, including in this District, endorse groups of sophisticated investors serving as lead plaintiff when they are able to effectively oversee counsel in an independent manner and demonstrate that they will vigorously prosecute the action in the best interests of the class.  The Cerevel Investors intend to prosecute the action against Defendants in such an independent, efficient, and vigorous manner.

13.     Prior to seeking appointment as Lead Plaintiff, representatives from the Cerevel Investors convened and participated in a conference call to discuss the Cerevel Investors' commitment to jointly prosecuting this litigation.  During the call, these representatives discussed, among other things: the facts and the merits of the claims against Defendants; the losses arising from Defendants' misconduct; the strategy for the prosecution of this litigation; our shared desire to achieve the best possible result for the Class; the Cerevel Investors' experience overseeing counsel in investment and other business-related legal matters; views on how to best represent investors in actions pursuant to the PSLRA and prior experience under the PSLRA; and the shared interest in serving jointly as Lead Plaintiff in this case in order to, among other things, ensure that the Class's claims will be efficiently and zealously prosecuted through our oversight of our proposed Lead Counsel, Entwistle & Cappucci.

14.     Specifically, on the call we discussed making decisions collectively through a consensus process, whereby each of the Cerevel Investors will make all efforts, in good faith, to reach consensus with respect to litigation decisions. This approach includes conferring on directives needed for this litigation and, in the unlikely event of a dispute, resolving in a collaborative manner our approach to such directives. To this end, we will consult with our counsel as necessary to fulfill our fiduciary obligations to the Class.

15.     The Cerevel Investors are highly motivated to recover the substantial losses they suffered and intend to share their perspectives, experiences and resources to direct this litigation. To that end, the joint conference call included discussion of the importance of joint decision-making and maintaining communication that will enable each of us to confer, with or without counsel, via telephone and/or email on short notice to ensure that we are able to make timely decisions. The Cerevel Investors are each capable of overseeing this matter and will make timely decisions by consulting with one another using direct contact information.

16.     We are not aware of any instance of disagreement between sophisticated investors that could not be resolved through discussion and collaboration among the members of the Cerevel Investors and/or counsel. We also determined through our discussion with one another that the Cerevel Investors are like-minded, sophisticated investors that are aligned in our objective to work collaboratively to maximize the recovery of investors through this litigation.

17.     We again confirm our commitment to sharing our perspectives, experiences, and resources to direct this litigation. We are confident in our ability to supervise our selected counsel and believe that the Class will benefit from having a law firm experienced in litigating securities class actions successfully as Lead Counsel. Our close working relationships with

6

Entwistle & Cappucci ensure the Class will be provided with the best possible representation in this case.

18.    We are aware of the experience, resources and success of our proposed Lead Counsel, Entwistle & Cappucci.  We are aware that Entwistle & Cappucci is an accomplished law firm with a history of achieving significant monetary recoveries and meaningful corporate governance reforms through litigation similar to this action.  Our decision to select our proposed Lead Counsel was also informed by our analysis of the claims against Cerevel, the evidence our counsel developed through their investigation into the merits of the action, Defendants' alleged wrongdoing and our interest in achieving the highest possible recovery for the Class. Following its investigation and research, Entwistle & Cappucci filed the complaint that initiated this litigation.

19.    In furtherance of their duties to the Class, the Cerevel Investors have directed our counsel to vigorously prosecute this action in a cost-effective and efficient manner while obtaining the best possible result for the Class.  The Cerevel Investors believe the experience and success of our proposed Lead Counsel in prosecuting securities class actions, combined with our oversight, will ensure that the Class receives the best possible representation in this case.

20.    As our respective Certifications attest, we will participate in discovery and trial as necessary.  We are committed to optimizing the outcome for the benefit of the Class. Our proposed Lead Counsel already has and will continue to apprise us of significant litigation developments.  We will confer among ourselves and with counsel as often and regularly as necessary to ensure responsible oversight and direction of counsel if we are together appointed Lead Plaintiff.

21.	In sum, we are committed to ensuring the Class receives the best possible outcome from this litigation.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this ⟋⟍ day of May, 2025.

_____
Salvatore Muoio
Managing Member of S. Muoio & Co. LLC,
General Partner and Investment Advisor of SM
Merger/Arbitrage, L.P. and Investment Manager
of Associated Capital Group, Inc.

9

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


Executed this 30th day of May, 2025.


_____
Matthew Siclari
General Counsel of Balyasny Asset
Management, L.P., investment advisor to Atlas
Diversified Master Fund, Ltd.

10