# EXHIBIT F

## FIRM OVERVIEW

Farnan LLP is based in Wilmington, Delaware and was founded by Joseph J. Farnan, Jr. after 25 years of active service as a United States District Court Judge for the District of Delaware. Farnan LLP's practice focuses on litigation in Delaware's federal and state courts primarily in the areas of complex commercial litigation, shareholder litigation, patent litigation, bankruptcy litigation, and substantial tort claims. Farnan LLP's lawyers are repeatedly recognized as top lawyers in their fields in various publications such as IAM 1000, Super Lawyers, Chambers, Go-To Law Firms for Fortune 500 Companies, Delaware Today and Million Dollar Advocates.

The firm has extensive experience in shareholder litigation, including the following cases in which the client prevailed: *Woodford v. Mizel, et al.* (11-cv-879-RGA (D. Del.)); *Staal v. Tisch, et al.* (12-cv-365-SLR (D. Del.)); *Ausikaitis v. Kiani, et al.* (12-cv-1175-SLR (D. Del.)); *Mor v. Collis*, *et al.* (13-cv-242-RGA (D. Del.)); *Basch v. Healy, et al.* (13-cv-766-GMS (D. Del.)); *MacCormack, et al. v. Groupon Inc.* (13-cv-940-GMS (D. Del.)); *Phillips v. Cross, et al.* (13-cv-948-RGA (D. Del.)); *Braunstein v. Geospace Technologies Corporation* (13-cv-1098-SLR (D. Del.)), *Ionni v. Bergera, et al*. (16-cv-807-RGA (D. Del.)); *Kozma v. Sieczkarek, et al.* (16-cv-1254-JFB-SRF (D. Del.)); *Du v. Blackford, etl al.*, (17-194-ER (D. Del.)); *Heckermann v. Montross, et al.* (17-cv-1673-CFC (D. Del.)); *In re Iovance Biotherapeutics, Inc. Stockholder Derivative Litigation* (17-cv-1806-LPS (D. Del.)); *In re Aqua Metals, Inc. Stockholder Derivative Litigation* (18-cv-201-LPS (D. Del.)); *In re Impinj, Inc. Derivative Litigation* (18-cv-1686-RGA (D. Del.)); *In Re Newell Brands Inc. Derivative Litigation* (18-cv-1696-CFC (D. Del.)); *Mahon v. Ahn*, *et al*. (18-cv-1888-CFC (D. Del.)); *Palmer v. Greene, et al.* (2019-307-AGB (Del. Ch.), *In re Lannett Company, Inc. Derivative Litigation* (19-cv-88-MN-JLH (D. Del.)); *Palmer v. Greene, et al.* (2019-307-AGB (Del. Ch.)) *Drachman v. Cukier, et al.* (2019-728-LWW (Del. Ch.)); *In re Mammoth Energy Services, Inc. Consolidated Stockholder Litigation* (19-cv-1682-RGA (D. Del.)); *In re Pattern Energy Group Inc. Securities Litigation* (20-cv-275-MN (D. Del.)); *In re Zynerba Pharmaceuticals, Inc. Derivative Litigation*, (20-cv-557-CFC (D. Del.)); *In re The RealReal, Inc. Stockholder Derivative Litigation* (20-cv-1212-LPS (D. Del.)); *J&S Eppers 2005 Revocable Trust v. Arrowhead Pharmaceuticals, Inc.* (2021-84-PAF (Del Ch.)); *Garfield v. Allen, et al.* (2021-420-JTL (Del. Ch.)); *Sciabacucchi v. Howley, et al.* (2021-938-LWW)); and *Pelham v. VBIT Technologies Corp., et al*. (23-162-CFC-SRF (D. Del.)).

The firm also serves as Liaison Counsel in the following shareholder action in which a settlement is currently pending before the Court: *Stein v. Blankfein, et al.*, (2017-354-SG (Del. Ch.))

1

The firm currently serves as Liaison Counsel in numerous other shareholder cases including: *In re Zoom Video Communications, Inc. Stockholder Derivative Litigation* (20-cv-797-LPS (D. Del.)); *In re Raytheon Technologies Corporation Derivative Litigation* (20-cv-1614-MN (D. Del.)); *Miao v. Karp, et al.* (23-103-MN (D. Del.)); *Hsu v. Girouard, et al.* (23-cv-132-MN (D. Del.)); *The Firemen's Retirement System of St. Louis v. Conterno, et al.* (23-712-RGA (D. Del.)); *Juul v. Wu, et al.* (23-cv-705-MN (D. Del.)); *In Re Stem, Inc. Derivative Litigation* (23-cv-1011-MN (D. Del.)); *In Re Discover Financial Services Derivative Litigation* (23-1118-MN (D. Del.)); *In re UiPath, Inc. Stockholder Derivative Litigation* (23-cv-1385-MN (D. Del.)); *In re Adobe, Inc. Stockholder Derivative Litigation* (23-1315-MN (D. Del.)); *In re Focus Financial Partners Inc. Securities Litigation* (23-cv-1466-MN (D. Del.)); *Miller v. Stephenson* (24-32-GBW (D. Del.)); *Gera v. Barra* (24-cv-255-MN (D. Del.)); *The Chemours Company Securities Litigation* (24-361-RGA (D. Del.)); *Jung v. Peisert, et al.* (24-cv-383-MN (D. Del.)); *In re Snowflake, Inc. Derivative Litigation* (24-cv-426-CFC (D. Del.)); *Hudda v. Hennessy, et al.* (24-cv-449-MN (D. Del.)); *In re: Archer-Daniels-Midland Company Derivative Litigation* (24-cv-506-RGA (D. Del.)); *In re Intel Corporation Stockholder Derivative Litigation* (24-cv-651-RGA (D. Del.)); *In Re Altimmune, Inc., Stockholder Derivative Litigation* (24-cv-669-GBW (D. Del.)); and *Marathe v. Humana Inc.* (24-898-UNA (D. Del.)).

## ATTORNEYS

**JOSEPH J. FARNAN, JR.** Mr. Farnan's practice focuses on complex commercial matters, including Chapter 11 proceedings, securities litigation, antitrust litigation, and patent litigation. Mr. Farnan is often selected to serve as an Independent Director or a Trustee of businesses, including FTX.com, Central European Distribution Corp. (Russian Standard Vodka), Takata, Maxus Energy and Zohar Funds. Mr. Farnan also serves as an arbitrator and mediator in complex matters which have included the sale of the Los Angeles Dodgers and the Nortel Bankruptcy distribution dispute. In the Dodgers' matter, Mr. Farnan was first appointed to mediate issues and then was chosen by the parties to conduct a sale of the team and arbitrate any disputes that might arise between the Los Angeles Dodgers and Major League Baseball which resulted in the Dodgers being sold for over 2 billion dollars – the largest sum paid at that time for a professional sports franchise in North America. In the Nortel matter, Mr. Farnan served as the mediator for the Nortel cross-border bankruptcy which ultimately concluded with an agreement for the allocation of over seven billion dollars.

Mr. Farnan served as a United States District Judge for the District of Delaware from 1985 to 2010. He served as Chief Judge from 1997-2001. During his tenure, Mr. Farnan presided over hundreds of bench and jury trials involving patents and complex commercial disputes. Representative civil cases presided over by Mr. Farnan include:

- In re Intel Corp Microprocessor Antitrust Litigation

2

Antitrust litigation reported as the largest antitrust case in U.S. history.

- Coca-Cola Bottling Co. of Shreveport v. Coca-Cola Co.
  Bench trial concerning formulation and pricing of Diet Coke

- Tracinda Corp. v. DaimlerChrysler AG
  Bench trial involving validity of merger between Chrysler and Daimler-Benz AG

- Pfizer, Inc. v. Ranbaxy Laboratories, Ltd.
  Bench trial in ANDA case involving the $12 billion a year cholesterol reducing drug Lipitor®

- Lucent Technologies, Inc. v. Extreme Networks, Inc.
  Litigation involving patents for data networking technologies

Prior to his appointment to the federal bench, Mr. Farnan was appointed to several positions in government, including United States Attorney for the District of Delaware from 1981 to 1985.

Mr. Farnan earned his undergraduate degree from King's College and his law degree from the University of Toledo where he was a member of the *University of Toledo Law Review*.

**SUE L. ROBINSON.**  Ms. Robinson served as United States District Judge for the District of Delaware from 1991 to 2017.  Ms. Robinson presided over an extraordinary number of complex cases, primarily involving patent disputes, but also including numerous trademark infringement, antitrust disputes, and securities litigation.  Ms. Robinson was the first woman Chief Judge for the District of Delaware and was selected to serve on the Judicial Conference of the United States.  She was also elected a member of the American Law Institute in 2015.  Prior to her service on the bench, Ms. Robinson served as an Assistant United States Attorney and the United States Magistrate Judge for the District of Delaware.

Ms. Robinson's practice at Farnan focuses on consulting in complex commercial litigation, mock trials and arguments, alternative dispute resolution, and arbitration.

Ms. Robinson earned her B.A. at the University of Delaware and her law degree from the University of Pennsylvania School of Law.

**JOSEPH J. FARNAN, III**.  Joseph J. Farnan, III ("JJ") represent clients in serious personal injury and wrongful death actions.   JJ has tried several cases to verdict in Delaware federal and state courts and has obtained numerous high value settlements for clients.  JJ is a member of the Multi-Million Dollar Advocates Forum based on the high value results achieved for his clients.

JJ's knowledge and experience of medical issues and personal injury is reflected in his extensive community service in various organizations.  JJ currently serves as a National Registered Emergency Medical Technician (NREMT-B) and Firefighter with Good Will Fire

Company No. 1 of New Castle, Delaware.  JJ is also a member of the Civil Air Patrol where he serves as the Delaware Wing Legal Officer.  JJ is licensed as an amateur radio operator and has been appointed as the Emergency Coordinator for the Amateur Radio Emergency Service (ARES) for the City of Wilmington and serves as the Southern regional coordinator for National Weather Service's Skywarn program.

JJ is licensed to practice in Delaware and Pennsylvania.

**BRIAN E. FARNAN**.  Brian has tried numerous jury and bench trials in Delaware's federal and state courts and regularly assists out of state counsel as Delaware Counsel in high stakes litigation.  His practice focuses on complex litigation generally on behalf of plaintiffs in patent, trade secret, mass tort, shareholder, and bankruptcy litigation. He has also litigated several pro bono cases involving Section 1983 claims and prisoners' rights.

Brian has been listed as a leading lawyer in several publications, including Super Lawyers, IAM Patent 1000, Chambers USA, Best of Delaware, and Million Dollar Advocates. He is a recipient of the Delaware District Court's Layton Award, which recognizes recipients' legal acumen and professional decorum.

Brian has served on the Third Circuit Advisory Committee, Delaware Supreme Court's Trial Procedures Subcommittee, and the Delaware District Court's Local Rules Committee.  He has also served as counsel to the Delaware District Court in a disciplinary matter.

**MICHAEL J. FARNAN.**  Michael regularly appears in Delaware's federal and state courts, typically for plaintiffs in patent, antitrust, securities, trade secret, class action, and large tort cases. In addition, Michael represents debtors, committees, and trusts before the United States Bankruptcy Court for the District of Delaware. Michael has been part of teams that have been responsible for recovering billions of dollars on behalf of their clients and has tried jury and bench trials in Delaware's federal and state courts.

Michael has been recognized as a Super Lawyer, by Delaware Today as a top lawyer and by Chambers and Partners as "Up and Coming."  Michael is also admitted to The Million Dollar Advocates Forum in recognition of the substantial recoveries he has obtained on behalf of clients.

Michael is a member of the Federal and Delaware Bar Associations. He currently serves as Co-Chair of the Federal Civil Panel of the Delaware Chapter of the Federal Bar Association. Michael graduated *cum laude* from Dickinson College with a B.A. in Political Science.  Michael also graduated *cum laude* from the University of Toledo College of Law, earning his J.D., where he was a member and note and comment editor of the *University of Toledo Law Review*. Michael is admitted to practice in Delaware and New Jersey and the United States District Court for the Districts of Delaware and New Jersey, as well as the Federal Circuit.

**ROSEMARY J. PIERGIOVANNI.** Rosemary J. Piergiovanni served as a career law clerk in the United States District Court for the District of Delaware. Rosemary was engaged in the full

4

spectrum of cases brought before the Court, with an emphasis on patent litigation and bankruptcy appeals.

Rosemary graduated first in her class at Villanova University with a BA in English, and she is a member of several undergraduate academic honor societies, including Phi Beta Kappa, Phi Kappa Phi and Sigma Delta Pi (Spanish National Honor Society). Rosemary also graduated first in her class at Villanova University School of Law and served as an Associate Editor to the Villanova Law Review. She was also selected for membership in The Order of the Coif. Rosemary, who has received several awards for her writing skills, is the author of What Does "No" Mean In Pennsylvania?—The Pennsylvania Supreme Court's Interpretation of Rape and the Effectiveness of the Legislature's Response, 40 Vill. L. Rev. 193 (1995), and a co-author of the District Court Chapter in the book, History of the Delaware Bar from 1995-2010.

Rosemary annually judges rounds of the Theodore L. Reimel Moot Court Competition at Villanova University School of Law. She is actively involved in local community service groups in her hometown and is a member of the Delaware State Bar Association and the Federal Bar Association.