**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| IN RE CEREVEL THERAPEUTICS HOLDINGS, INC. SECURITIES LITIGATION | Case No. 25-cv-417-GBW |

**DECLARATION OF ANTHONY C. PICCIRILLO IN
SUPPORT OF PFIZER INC.'S MOTION TO DISMISS
PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT**

I, Anthony C. Piccirillo, declare under penalty of perjury that the following is true and correct: I am an attorney at the law firm Simpson Thacher & Bartlett LLP, counsel for PFIZER INC. ("Pfizer") in the above-captioned case. I am a member of the State Bar of New York and am admitted to practice before this Court *pro hac vice*. I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto. Each of the following facts and statements is true and correct to the best of my knowledge.

1. Attached hereto as **Exhibit 1** is a true and correct copy of the Amended and Restated Registration and Shareholder Rights Agreement by and among Cerevel Therapeutics Holdings, Inc. ("Cerevel") and the Stockholders Party thereto, dated October 27, 2020, which was attached as Exhibit 10.3 to the Cerevel Form 10-K, dated February 22, 2023.

2. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of Cerevel's Form 8-K Current Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934, dated November 2, 2020.

1

3.      Attached hereto as **Exhibit 3** is a true and correct copy of the Schedule 13D filing of Pfizer Pursuant to Rule 13d-101 under the Securities Exchange Act of 1934, dated November 6, 2020.

4.      Attached hereto as **Exhibit 4** is a true and correct copy of the Schedule 13D filing of Pfizer Pursuant to Rule 13d-101 under the Securities Exchange Act of 1934, dated April 7, 2022.

5.      Attached hereto as **Exhibit 5** is a true and correct copy of excerpts of Cerevel's Schedule 14A Proxy Statement Pursuant to Section 14(a) of the Securities Exchange Act of 1934, dated April 28, 2023.

6.      Attached hereto as **Exhibit 6** is a true and correct copy of the Schedule 13D filing of Pfizer Pursuant to Rule 13d-101 under the Securities Exchange Act of 1934, dated October 18, 2023.

7.      Attached hereto as **Exhibit 7** is a true and correct copy of the Schedule 13D filing of BC Perception Holdings, LP Pursuant to Rule 13d-101 under the Securities Exchange Act of 1934, dated October 18, 2023.

8.      Attached hereto as **Exhibit 8** is a true and correct copy of excerpts of Cerevel's Schedule 14A Proxy Statement Pursuant to Section 14(a) of the Securities Exchange Act of 1934, dated January 18, 2024.

9.      Attached hereto as **Exhibit 9** is a true and correct copy of excerpts of Cerevel's Form 10-K Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934, dated February 27, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

3

Dated: October 30, 2025.

/s/ Anthony C. Piccirillo
Anthony C. Piccirillo
