## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| **IN RE CEREVEL THERAPEUTICS HOLDINGS, INC. SECURITIES LITIGATION** | C.A. No. 25-cv-417-GBW |

## DECLARATION OF HAGAN SCOTTEN IN SUPPORT OF CEREVEL THERAPEUTICS HOLDINGS, INC.'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT

RICHARDS LAYTON & FINGER
Robert L. Burns (#5314)
Alexandra M. Ewing (#6407)
One Rodney Square
920 North King Street
Wilmington, DE 19801
302.651.7618
burns@rlf.com
ewing@rlf.com

Of Counsel:

HUESTON HENNIGAN LLP
John C. Hueston, CA SBN 164921
jhueston@hueston.com
Moez M. Kaba, CA SBN 257456
mkaba@hueston.com
Thomas A. Zaccaro, CA SBN 183241
tzaccaro@hueston.com
523 West 6th Street, Ste. 400
Los Angeles, CA  90014
213.788.4340

Hagan Scotten, NY SBN 4909719
hscotten@hueston.com
1 Little W 12th Street
New York, NY  10014
646.930.4046

Attorneys for Defendants
Cerevel Therapeutics Holdings, Inc., Deval Patrick, Deborah Baron, Suneet Varmar, and Ruth McKernan

Dated:  October 30, 2025

7192434

## <u>DECLARATION OF HAGAN SCOTTEN</u>

I, Hagan Scotten, declare as follows:

1.    I am an attorney at law, a member of the New York bar, and am admitted *pro hac vice* to practice in this Court.  I am a partner in the law firm of Hueston Hennigan LLP, counsel of record for Defendants Cerevel Therapeutics Holdings, Inc. ("Cerevel"), Deval Patrick, Deborah Baron, Suneet Varmar, and Ruth McKernan (collectively as "Defendants") in the above-captioned action in the United States District Court for the District of Delaware, Case No. 25-cv-417-GBW. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.    Attached hereto as **Exhibit A** is a true and correct copy of Cerevel Therapeutics Holding, Inc.'s Definitive Proxy Statement filed with the Securities and Exchange Commission on January 18, 2024.

3.    Attached hereto as **Exhibit B** is a true and correct copy of a chart and table of Cerevel Therapeutic Holding, Inc.'s historical stock price from October 11, 2023, through August 1, 2024, which was derived from Investing.com.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 30th day of October, 2025, at New York, New York.

/s/ *Hagan Scotten*
Hagan Scotten

1

7192434