# EXHIBIT B

**Cerevel's Stock Price**
**Between October 11, 2023, through August 1, 2024 ("Class Period")[1]**



10/11/2023:  Press Release; Preliminary Prospectus Supplement.  (Compl. ¶¶ 123–26)
10/12/2023:  Form 8-K; Press Release; Prospectus Supplement (*Id.* ¶¶ 127–30)
10/16/2023:  October Offering (*Id.* ¶¶ 1, 85)
11/01/2023:  Earnings Call  (*Id.* ¶ 136–37)
12/06/2023:  Merger Announcement in Form 8-K and Joint Press Release (*Id.* ¶¶ 138–40)
01/18/2024:  Definitive Proxy Statement (*Id.* ¶¶ 141–48)

---

[1] All data reflected in this table is derived from Investing.com.

7175222

**Cerevel's Stock Price
Between October 11, 2023, through August 1, 2024 ("Class Period")[2]**

| Date | Price | Open | High | Low | Vol. | Change % |
|---|---|---|---|---|---|---|
| 10/2/2023 | $ 20.89 | $ 21.81 | $ 21.81 | $ 20.67 | 735.15K | -4.31% |
| 10/3/2023 | $ 20.27 | $ 20.69 | $ 20.84 | $ 20.22 | 491.89K | -2.97% |
| 10/4/2023 | $ 20.36 | $ 20.21 | $ 20.50 | $ 19.59 | 588.00K | 0.44% |
| 10/5/2023 | $ 21.69 | $ 20.31 | $ 21.88 | $ 19.96 | 779.82K | 6.53% |
| 10/6/2023 | $ 21.32 | $ 21.41 | $ 21.97 | $ 21.24 | 472.34K | -1.71% |
| 10/9/2023 | $ 21.59 | $ 21.12 | $ 21.67 | $ 20.88 | 486.75K | 1.27% |
| 10/10/2023 | $ 22.69 | $ 21.49 | $ 23.22 | $ 21.45 | 966.06K | 5.09% |
| 10/11/2023 | $ 22.81 | $ 22.78 | $ 23.04 | $ 21.88 | 638.40K | 0.53% |
| 10/12/2023 | $ 23.19 | $ 23.67 | $ 24.77 | $ 22.94 | 5.73M | 1.67% |
| 10/13/2023 | $ 22.37 | $ 23.23 | $ 23.64 | $ 22.24 | 2.95M | -3.54% |
| 10/16/2023 | $ 23.21 | $ 22.27 | $ 23.23 | $ 21.86 | 1.31M | 3.76% |
| 10/17/2023 | $ 22.73 | $ 23.13 | $ 23.56 | $ 22.51 | 1.19M | -2.07% |
| 10/18/2023 | $ 22.71 | $ 23.50 | $ 23.50 | $ 22.36 | 1.05M | -0.09% |
| 10/19/2023 | $ 22.77 | $ 23.66 | $ 23.66 | $ 22.15 | 1.05M | 0.26% |
| 10/20/2023 | $ 22.75 | $ 22.63 | $ 23.19 | $ 22.50 | 698.57K | -0.09% |
| 10/23/2023 | $ 22.51 | $ 22.75 | $ 23.03 | $ 22.49 | 739.23K | -1.05% |
| 10/24/2023 | $ 22.99 | $ 22.75 | $ 23.75 | $ 22.75 | 865.52K | 2.13% |
| 10/25/2023 | $ 22.93 | $ 22.99 | $ 23.23 | $ 22.43 | 599.63K | -0.26% |
| 10/26/2023 | $ 23.04 | $ 22.83 | $ 23.66 | $ 22.62 | 686.87K | 0.48% |
| 10/27/2023 | $ 22.85 | $ 23.13 | $ 23.41 | $ 22.72 | 957.28K | -0.82% |
| 10/30/2023 | $ 23.24 | $ 23.10 | $ 23.62 | $ 22.89 | 574.89K | 1.71% |
| 10/31/2023 | $ 23.65 | $ 23.15 | $ 23.79 | $ 22.27 | 1.48M | 1.76% |
| 11/1/2023 | $ 25.35 | $ 24.44 | $ 25.42 | $ 23.82 | 1.85M | 7.19% |
| 11/2/2023 | $ 24.88 | $ 25.91 | $ 25.99 | $ 24.61 | 1.04M | -1.85% |
| 11/3/2023 | $ 26.36 | $ 25.05 | $ 26.48 | $ 25.02 | 1.31M | 5.95% |
| 11/6/2023 | $ 24.96 | $ 26.45 | $ 26.45 | $ 24.69 | 840.99K | -5.31% |
| 11/7/2023 | $ 25.02 | $ 24.51 | $ 25.13 | $ 24.39 | 600.99K | 0.24% |
| 11/8/2023 | $ 24.47 | $ 25.28 | $ 25.28 | $ 24.31 | 532.93K | -2.20% |
| 11/9/2023 | $ 23.95 | $ 24.57 | $ 24.93 | $ 23.78 | 567.08K | -2.13% |
| 11/10/2023 | $ 24.22 | $ 24.02 | $ 24.41 | $ 23.36 | 656.54K | 1.13% |
| 11/13/2023 | $ 24.21 | $ 24.11 | $ 24.32 | $ 23.55 | 353.25K | -0.04% |
| 11/14/2023 | $ 25.46 | $ 25.60 | $ 25.68 | $ 24.88 | 1.12M | 5.16% |
| 11/15/2023 | $ 24.17 | $ 25.21 | $ 25.38 | $ 24.11 | 831.43K | -5.07% |
| 11/16/2023 | $ 24.65 | $ 24.03 | $ 24.70 | $ 23.50 | 709.93K | 1.99% |
| 11/17/2023 | $ 24.64 | $ 24.80 | $ 25.26 | $ 24.45 | 1.11M | -0.04% |
| 11/20/2023 | $ 24.50 | $ 24.51 | $ 25.08 | $ 24.44 | 819.29K | -0.57% |

---

[2] All data reflected in this table is derived from Investing.com.

2

| Date | Price | Open | High | Low | Vol. | Change % |
|---|---|---|---|---|---|---|
| 11/21/2023 | $ 24.54 | $ 24.32 | $ 24.97 | $ 24.01 | 647.12K | 0.16% |
| 11/22/2023 | $ 24.34 | $ 24.83 | $ 24.99 | $ 24.24 | 627.84K | -0.81% |
| 11/24/2023 | $ 25.02 | $ 24.46 | $ 25.51 | $ 24.46 | 221.43K | 2.79% |
| 11/27/2023 | $ 25.38 | $ 24.87 | $ 25.53 | $ 24.50 | 423.39K | 1.44% |
| 11/28/2023 | $ 24.99 | $ 25.30 | $ 25.61 | $ 24.86 | 417.02K | -1.54% |
| 11/29/2023 | $ 25.35 | $ 25.05 | $ 26.35 | $ 25.05 | 696.48K | 1.44% |
| 11/30/2023 | $ 25.93 | $ 25.60 | $ 26.33 | $ 25.45 | 1.02M | 2.29% |
| 12/1/2023 | $ 26.00 | $ 25.93 | $ 26.15 | $ 25.28 | 1.60M | 0.27% |
| 12/4/2023 | $ 31.80 | $ 26.03 | $ 31.87 | $ 26.01 | 4.71M | 22.31% |
| 12/5/2023 | $ 35.59 | $ 31.78 | $ 37.83 | $ 31.30 | 8.53M | 11.92% |
| 12/6/2023 | $ 36.93 | $ 36.45 | $ 38.24 | $ 35.52 | 7.19M | 3.77% |
| 12/7/2023 | $ 41.13 | $ 41.37 | $ 41.75 | $ 40.88 | 31.26M | 11.37% |
| 12/8/2023 | $ 41.22 | $ 41.13 | $ 41.40 | $ 41.10 | 8.52M | 0.22% |
| 12/11/2023 | $ 41.05 | $ 41.19 | $ 41.36 | $ 40.94 | 7.30M | -0.41% |
| 12/12/2023 | $ 41.06 | $ 41.19 | $ 41.55 | $ 41.04 | 5.43M | 0.02% |
| 12/13/2023 | $ 41.10 | $ 41.19 | $ 41.29 | $ 40.96 | 8.81M | 0.10% |
| 12/14/2023 | $ 41.22 | $ 41.30 | $ 41.60 | $ 41.06 | 6.03M | 0.29% |
| 12/15/2023 | $ 41.30 | $ 41.44 | $ 41.60 | $ 41.13 | 6.58M | 0.19% |
| 12/18/2023 | $ 41.41 | $ 41.22 | $ 41.57 | $ 41.10 | 2.28M | 0.27% |
| 12/19/2023 | $ 41.46 | $ 41.39 | $ 41.79 | $ 41.35 | 4.79M | 0.12% |
| 12/20/2023 | $ 41.32 | $ 41.43 | $ 41.51 | $ 41.30 | 2.17M | -0.34% |
| 12/21/2023 | $ 41.39 | $ 41.49 | $ 41.60 | $ 41.30 | 1.68M | 0.17% |
| 12/22/2023 | $ 41.90 | $ 41.37 | $ 42.11 | $ 41.37 | 2.50M | 1.23% |
| 12/26/2023 | $ 42.31 | $ 42.13 | $ 42.54 | $ 41.92 | 1.41M | 0.98% |
| 12/27/2023 | $ 42.30 | $ 42.28 | $ 42.59 | $ 42.23 | 1.13M | -0.02% |
| 12/28/2023 | $ 42.44 | $ 42.52 | $ 42.87 | $ 42.35 | 1.34M | 0.33% |
| 12/29/2023 | $ 42.40 | $ 42.40 | $ 42.58 | $ 42.36 | 769.93K | -0.09% |
| 1/2/2024 | $ 42.21 | $ 42.34 | $ 42.42 | $ 42.13 | 1.74M | -0.45% |
| 1/3/2024 | $ 42.09 | $ 42.36 | $ 42.36 | $ 42.09 | 2.39M | -0.28% |
| 1/4/2024 | $ 42.27 | $ 42.24 | $ 42.35 | $ 42.17 | 2.40M | 0.43% |
| 1/5/2024 | $ 42.26 | $ 42.19 | $ 42.43 | $ 42.12 | 2.87M | -0.02% |
| 1/8/2024 | $ 42.35 | $ 42.34 | $ 42.47 | $ 42.16 | 1.69M | 0.21% |
| 1/9/2024 | $ 42.25 | $ 42.24 | $ 42.48 | $ 42.12 | 1.46M | -0.24% |
| 1/10/2024 | $ 42.43 | $ 42.26 | $ 42.43 | $ 42.20 | 1.11M | 0.43% |
| 1/11/2024 | $ 42.64 | $ 42.40 | $ 42.64 | $ 42.28 | 1.51M | 0.49% |
| 1/12/2024 | $ 42.70 | $ 42.64 | $ 42.78 | $ 42.44 | 2.88M | 0.14% |
| 1/16/2024 | $ 42.57 | $ 42.55 | $ 42.60 | $ 42.29 | 1.61M | -0.30% |
| 1/17/2024 | $ 42.23 | $ 42.42 | $ 42.49 | $ 42.13 | 1.30M | -0.80% |
| 1/18/2024 | $ 42.29 | $ 42.05 | $ 42.51 | $ 42.05 | 3.16M | 0.14% |
| 1/19/2024 | $ 42.25 | $ 42.40 | $ 42.40 | $ 42.21 | 1.50M | -0.09% |

3

7175222

| Date | Price | Open | High | Low | Vol. | Change % |
|---|---|---|---|---|---|---|
| 1/22/2024 | $ 42.11 | $ 42.34 | $ 42.35 | $ 42.05 | 1.40M | -0.33% |
| 1/23/2024 | $ 42.15 | $ 42.14 | $ 42.25 | $ 41.95 | 1.21M | 0.09% |
| 1/24/2024 | $ 42.01 | $ 42.33 | $ 42.33 | $ 42.00 | 889.59K | -0.33% |
| 1/25/2024 | $ 42.10 | $ 42.15 | $ 42.24 | $ 42.06 | 891.74K | 0.21% |
| 1/26/2024 | $ 42.07 | $ 42.11 | $ 42.19 | $ 42.04 | 1.75M | -0.07% |
| 1/29/2024 | $ 42.01 | $ 42.09 | $ 42.18 | $ 42.00 | 660.49K | -0.14% |
| 1/30/2024 | $ 42.09 | $ 42.05 | $ 42.19 | $ 41.96 | 1.26M | 0.19% |
| 1/31/2024 | $ 41.90 | $ 42.10 | $ 42.24 | $ 41.82 | 958.20K | -0.45% |
| 2/1/2024 | $ 41.81 | $ 41.92 | $ 41.99 | $ 41.75 | 1.03M | -0.21% |
| 2/2/2024 | $ 41.85 | $ 41.81 | $ 42.01 | $ 41.78 | 699.35K | 0.10% |
| 2/5/2024 | $ 41.70 | $ 41.80 | $ 41.88 | $ 41.62 | 1.06M | -0.36% |
| 2/6/2024 | $ 41.66 | $ 41.70 | $ 41.81 | $ 41.49 | 1.08M | -0.10% |
| 2/7/2024 | $ 41.53 | $ 41.70 | $ 41.77 | $ 41.41 | 799.61K | -0.31% |
| 2/8/2024 | $ 42.18 | $ 41.85 | $ 42.18 | $ 41.85 | 2.35M | 1.57% |
| 2/9/2024 | $ 42.88 | $ 42.22 | $ 43.01 | $ 42.18 | 3.13M | 1.66% |
| 2/12/2024 | $ 43.10 | $ 42.82 | $ 43.10 | $ 42.73 | 1.20M | 0.51% |
| 2/13/2024 | $ 42.89 | $ 43.00 | $ 43.08 | $ 42.86 | 1.71M | -0.49% |
| 2/14/2024 | $ 43.27 | $ 43.00 | $ 43.28 | $ 43.00 | 1.67M | 0.89% |
| 2/15/2024 | $ 42.93 | $ 43.50 | $ 43.59 | $ 42.58 | 4.02M | -0.79% |
| 2/16/2024 | $ 42.57 | $ 42.93 | $ 42.96 | $ 42.26 | 2.77M | -0.84% |
| 2/20/2024 | $ 41.04 | $ 41.23 | $ 41.41 | $ 41.00 | 5.43M | -3.59% |
| 2/21/2024 | $ 40.93 | $ 41.03 | $ 41.12 | $ 40.79 | 1.92M | -0.27% |
| 2/22/2024 | $ 41.06 | $ 41.00 | $ 41.13 | $ 40.66 | 2.06M | 0.32% |
| 2/23/2024 | $ 40.88 | $ 41.14 | $ 41.14 | $ 40.85 | 1.03M | -0.44% |
| 2/26/2024 | $ 41.08 | $ 40.90 | $ 41.15 | $ 40.87 | 1.43M | 0.49% |
| 2/27/2024 | $ 41.31 | $ 41.01 | $ 41.38 | $ 40.98 | 1.05M | 0.55% |
| 2/28/2024 | $ 41.22 | $ 41.20 | $ 41.28 | $ 41.15 | 610.54K | -0.21% |
| 2/29/2024 | $ 41.00 | $ 41.35 | $ 41.35 | $ 41.00 | 1.11M | -0.53% |
| 3/1/2024 | $ 41.05 | $ 41.05 | $ 41.28 | $ 41.04 | 1.69M | 0.12% |
| 3/4/2024 | $ 41.09 | $ 41.12 | $ 41.19 | $ 40.80 | 924.66K | 0.10% |
| 3/5/2024 | $ 41.22 | $ 40.99 | $ 41.35 | $ 40.99 | 889.84K | 0.32% |
| 3/6/2024 | $ 41.27 | $ 41.25 | $ 41.39 | $ 41.12 | 935.36K | 0.12% |
| 3/7/2024 | $ 41.27 | $ 41.39 | $ 41.45 | $ 41.22 | 945.65K | 0.00% |
| 3/8/2024 | $ 41.25 | $ 41.37 | $ 41.49 | $ 41.10 | 955.30K | -0.05% |
| 3/11/2024 | $ 41.43 | $ 41.21 | $ 41.49 | $ 41.15 | 840.29K | 0.44% |
| 3/12/2024 | $ 41.88 | $ 41.33 | $ 42.05 | $ 41.33 | 1.56M | 1.09% |
| 3/13/2024 | $ 42.21 | $ 41.96 | $ 42.29 | $ 41.88 | 1.52M | 0.79% |
| 3/14/2024 | $ 42.24 | $ 42.31 | $ 42.41 | $ 42.21 | 1.78M | 0.07% |
| 3/15/2024 | $ 42.33 | $ 42.20 | $ 42.42 | $ 42.17 | 2.50M | 0.21% |
| 3/18/2024 | $ 42.56 | $ 42.37 | $ 42.79 | $ 42.35 | 2.82M | 0.54% |

4

7175222

| Date | Price | Open | High | Low | Vol. | Change % |
|---|---|---|---|---|---|---|
| 3/19/2024 | $ 42.32 | $ 42.59 | $ 42.70 | $ 42.26 | 1.58M | -0.56% |
| 3/20/2024 | $ 42.30 | $ 42.30 | $ 42.49 | $ 42.24 | 1.07M | -0.05% |
| 3/21/2024 | $ 42.27 | $ 42.40 | $ 42.47 | $ 42.21 | 735.79K | -0.07% |
| 3/22/2024 | $ 42.19 | $ 42.30 | $ 42.39 | $ 42.10 | 707.44K | -0.19% |
| 3/25/2024 | $ 42.40 | $ 42.20 | $ 42.44 | $ 42.19 | 1.56M | 0.50% |
| 3/26/2024 | $ 42.36 | $ 42.48 | $ 42.60 | $ 42.24 | 1.30M | -0.09% |
| 3/27/2024 | $ 42.38 | $ 42.36 | $ 42.52 | $ 42.18 | 889.39K | 0.05% |
| 3/28/2024 | $ 42.27 | $ 42.35 | $ 42.38 | $ 42.11 | 1.07M | -0.26% |
| 4/1/2024 | $ 42.32 | $ 42.25 | $ 42.41 | $ 42.21 | 721.88K | 0.12% |
| 4/2/2024 | $ 42.35 | $ 42.30 | $ 42.57 | $ 42.28 | 891.98K | 0.07% |
| 4/3/2024 | $ 42.33 | $ 42.35 | $ 42.51 | $ 42.16 | 2.12M | -0.05% |
| 4/4/2024 | $ 42.17 | $ 42.31 | $ 42.40 | $ 42.15 | 1.39M | -0.38% |
| 4/5/2024 | $ 42.17 | $ 42.15 | $ 42.28 | $ 42.04 | 976.84K | 0.00% |
| 4/8/2024 | $ 42.21 | $ 42.17 | $ 42.28 | $ 42.10 | 1.06M | 0.09% |
| 4/9/2024 | $ 42.13 | $ 42.20 | $ 42.20 | $ 42.03 | 748.98K | -0.19% |
| 4/10/2024 | $ 42.11 | $ 42.10 | $ 42.27 | $ 42.04 | 1.22M | -0.05% |
| 4/11/2024 | $ 42.01 | $ 42.17 | $ 42.18 | $ 42.00 | 948.57K | -0.24% |
| 4/12/2024 | $ 41.85 | $ 42.02 | $ 42.04 | $ 41.50 | 2.26M | -0.38% |
| 4/15/2024 | $ 41.70 | $ 41.83 | $ 41.92 | $ 41.53 | 1.33M | -0.36% |
| 4/16/2024 | $ 41.31 | $ 41.60 | $ 41.81 | $ 41.19 | 1.44M | -0.94% |
| 4/17/2024 | $ 41.60 | $ 41.47 | $ 41.80 | $ 41.30 | 838.02K | 0.70% |
| 4/18/2024 | $ 42.14 | $ 41.88 | $ 42.21 | $ 41.70 | 1.28M | 1.30% |
| 4/19/2024 | $ 42.21 | $ 42.01 | $ 42.23 | $ 42.00 | 813.32K | 0.17% |
| 4/22/2024 | $ 42.10 | $ 42.28 | $ 42.30 | $ 41.86 | 701.47K | -0.26% |
| 4/23/2024 | $ 41.99 | $ 42.10 | $ 42.14 | $ 41.90 | 1.39M | -0.26% |
| 4/24/2024 | $ 41.90 | $ 41.97 | $ 42.06 | $ 41.87 | 629.65K | -0.21% |
| 4/25/2024 | $ 42.07 | $ 41.81 | $ 42.19 | $ 41.80 | 691.66K | 0.41% |
| 4/26/2024 | $ 42.47 | $ 42.02 | $ 42.49 | $ 41.93 | 680.91K | 0.95% |
| 4/29/2024 | $ 42.75 | $ 42.49 | $ 42.85 | $ 42.38 | 714.17K | 0.66% |
| 4/30/2024 | $ 42.71 | $ 42.57 | $ 42.82 | $ 42.56 | 1.06M | -0.09% |
| 5/1/2024 | $ 42.63 | $ 42.73 | $ 42.86 | $ 42.60 | 1.15M | -0.19% |
| 5/2/2024 | $ 42.59 | $ 42.56 | $ 42.88 | $ 42.44 | 1.52M | -0.09% |
| 5/3/2024 | $ 42.55 | $ 42.79 | $ 42.79 | $ 42.54 | 912.34K | -0.09% |
| 5/6/2024 | $ 42.52 | $ 42.53 | $ 42.66 | $ 42.40 | 676.47K | -0.07% |
| 5/7/2024 | $ 42.26 | $ 42.53 | $ 42.53 | $ 42.24 | 878.97K | -0.61% |
| 5/8/2024 | $ 42.06 | $ 42.20 | $ 42.33 | $ 41.96 | 1.12M | -0.47% |
| 5/9/2024 | $ 42.30 | $ 42.01 | $ 42.32 | $ 41.86 | 1.30M | 0.57% |
| 5/10/2024 | $ 42.19 | $ 42.20 | $ 42.35 | $ 41.99 | 474.43K | -0.26% |
| 5/13/2024 | $ 42.06 | $ 42.22 | $ 42.24 | $ 41.92 | 652.65K | -0.31% |
| 5/14/2024 | $ 42.24 | $ 42.19 | $ 42.29 | $ 41.94 | 726.78K | 0.43% |

5

7175222

| Date | Price | Open | High | Low | Vol. | Change % |
|---|---|---|---|---|---|---|
| 5/15/2024 | $ 42.31 | $ 42.27 | $ 42.46 | $ 41.99 | 1.15M | 0.17% |
| 5/16/2024 | $ 42.35 | $ 42.22 | $ 42.44 | $ 42.19 | 1.08M | 0.09% |
| 5/17/2024 | $ 42.10 | $ 42.34 | $ 42.38 | $ 42.09 | 1.19M | -0.59% |
| 5/20/2024 | $ 42.05 | $ 42.16 | $ 42.19 | $ 42.00 | 1.06M | -0.12% |
| 5/21/2024 | $ 41.77 | $ 42.03 | $ 42.13 | $ 41.73 | 1.81M | -0.67% |
| 5/22/2024 | $ 41.65 | $ 41.82 | $ 41.96 | $ 41.50 | 1.39M | -0.29% |
| 5/23/2024 | $ 41.63 | $ 41.68 | $ 41.90 | $ 41.21 | 1.31M | -0.05% |
| 5/24/2024 | $ 41.33 | $ 41.52 | $ 41.57 | $ 41.31 | 731.93K | -0.72% |
| 5/28/2024 | $ 41.00 | $ 41.35 | $ 41.35 | $ 40.82 | 1.25M | -0.80% |
| 5/29/2024 | $ 40.82 | $ 41.00 | $ 41.19 | $ 40.80 | 924.76K | -0.44% |
| 5/30/2024 | $ 40.64 | $ 41.00 | $ 41.07 | $ 40.46 | 1.40M | -0.44% |
| 5/31/2024 | $ 40.74 | $ 40.75 | $ 41.08 | $ 40.63 | 1.08M | 0.25% |
| 6/3/2024 | $ 40.63 | $ 40.89 | $ 40.93 | $ 40.28 | 1.06M | -0.27% |
| 6/4/2024 | $ 40.65 | $ 40.62 | $ 41.13 | $ 40.51 | 1.44M | 0.05% |
| 6/5/2024 | $ 40.91 | $ 40.82 | $ 41.02 | $ 40.66 | 1.20M | 0.64% |
| 6/6/2024 | $ 40.26 | $ 41.20 | $ 41.28 | $ 40.15 | 1.58M | -1.59% |
| 6/7/2024 | $ 40.02 | $ 40.22 | $ 40.63 | $ 39.93 | 785.88K | -0.60% |
| 6/10/2024 | $ 40.27 | $ 40.02 | $ 40.27 | $ 39.96 | 1.12M | 0.62% |
| 6/11/2024 | $ 40.28 | $ 40.20 | $ 40.46 | $ 39.95 | 1.50M | 0.02% |
| 6/12/2024 | $ 41.05 | $ 40.68 | $ 41.25 | $ 40.31 | 2.30M | 1.91% |
| 6/13/2024 | $ 41.59 | $ 41.17 | $ 41.85 | $ 40.80 | 1.56M | 1.32% |
| 6/14/2024 | $ 41.53 | $ 41.24 | $ 41.70 | $ 41.24 | 1.84M | -0.13% |
| 6/17/2024 | $ 41.47 | $ 41.53 | $ 41.66 | $ 41.40 | 993.89K | -0.16% |
| 6/18/2024 | $ 41.85 | $ 41.64 | $ 41.90 | $ 41.48 | 963.26K | 0.92% |
| 6/20/2024 | $ 41.68 | $ 41.82 | $ 41.90 | $ 41.48 | 733.40K | -0.41% |
| 6/21/2024 | $ 41.65 | $ 41.84 | $ 41.85 | $ 41.52 | 1.18M | -0.07% |
| 6/24/2024 | $ 41.42 | $ 41.65 | $ 41.85 | $ 41.17 | 1.11M | -0.55% |
| 6/25/2024 | $ 39.56 | $ 41.42 | $ 41.54 | $ 38.50 | 6.49M | -4.49% |
| 6/26/2024 | $ 38.96 | $ 39.56 | $ 39.83 | $ 38.59 | 2.63M | -1.52% |
| 6/27/2024 | $ 40.50 | $ 39.00 | $ 42.00 | $ 38.91 | 3.44M | 3.95% |
| 6/28/2024 | $ 40.89 | $ 40.60 | $ 41.54 | $ 40.52 | 12.16M | 0.96% |
| 7/1/2024 | $ 41.35 | $ 41.17 | $ 41.49 | $ 40.72 | 1.55M | 1.12% |
| 7/2/2024 | $ 41.23 | $ 41.15 | $ 41.29 | $ 40.95 | 2.44M | -0.29% |
| 7/3/2024 | $ 40.30 | $ 41.47 | $ 41.57 | $ 39.16 | 4.68M | -2.26% |
| 7/5/2024 | $ 40.96 | $ 40.22 | $ 41.02 | $ 40.05 | 1.55M | 1.64% |
| 7/8/2024 | $ 40.59 | $ 40.75 | $ 40.95 | $ 39.91 | 1.58M | -0.90% |
| 7/9/2024 | $ 40.53 | $ 40.46 | $ 40.56 | $ 40.04 | 1.22M | -0.15% |
| 7/10/2024 | $ 40.93 | $ 40.68 | $ 40.97 | $ 40.30 | 951.43K | 0.99% |
| 7/11/2024 | $ 41.05 | $ 41.23 | $ 41.28 | $ 40.66 | 1.29M | 0.29% |
| 7/12/2024 | $ 40.31 | $ 41.16 | $ 41.16 | $ 40.24 | 976.17K | -1.80% |

6

| Date | Price | Open | High | Low | Vol. | Change % |
|---|---|---|---|---|---|---|
| 7/15/2024 | $ 41.90 | $ 40.27 | $ 41.92 | $ 40.19 | 2.02M | 3.94% |
| 7/16/2024 | $ 42.45 | $ 41.90 | $ 42.68 | $ 41.73 | 1.67M | 1.31% |
| 7/17/2024 | $ 42.72 | $ 42.40 | $ 42.74 | $ 42.23 | 1.48M | 0.64% |
| 7/18/2024 | $ 42.70 | $ 42.50 | $ 43.10 | $ 42.50 | 2.63M | -0.05% |
| 7/19/2024 | $ 42.90 | $ 42.74 | $ 42.91 | $ 42.53 | 2.24M | 0.47% |
| 7/22/2024 | $ 43.44 | $ 43.13 | $ 43.61 | $ 43.13 | 2.20M | 1.26% |
| 7/23/2024 | $ 43.40 | $ 43.50 | $ 43.53 | $ 43.32 | 1.35M | -0.09% |
| 7/24/2024 | $ 43.37 | $ 43.37 | $ 43.49 | $ 43.33 | 1.24M | -0.07% |
| 7/25/2024 | $ 44.40 | $ 43.78 | $ 44.54 | $ 43.75 | 7.07M | 2.37% |
| 7/26/2024 | $ 44.62 | $ 44.42 | $ 44.66 | $ 44.38 | 2.05M | 0.50% |
| 7/29/2024 | $ 44.41 | $ 44.61 | $ 44.63 | $ 44.36 | 3.79M | -0.47% |
| 7/30/2024 | $ 44.63 | $ 44.45 | $ 44.68 | $ 44.44 | 1.70M | 0.50% |
| 7/31/2024 | $ 44.96 | $ 44.99 | $ 44.99 | $ 44.96 | 15.10M | 0.74% |

7175222