## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE CEREVEL THERAPEUTICS HOLDINGS, INC. SECURITIES LITIGATION | ) ) ) | C.A. No. 25-cv-417-GBW |

### TRANSMITTAL AFFIDAVIT OF CHRISTOPHER FITZPATRICK CANNATARO, ESQ. IN SUPPORT OF BAIN DEFENDANTS' OPENING BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS

| | | |
|---|---|---|
| STATE OF DELAWARE | ) | |
| | ) ss. | |
| COUNTY OF NEW CASTLE | ) | |

I, Christopher Fitzpatrick Cannataro, being duly sworn depose and say as follows:

1.    I am an attorney admitted to the Bar of the State of Delaware and an associate with the law firm of Abrams & Bayliss LLP. I represent Defendants Bain Capital Investors, LLC, Adam Koppel, and Christopher Gordon in the above-captioned action.

2.    I respectfully submit this affidavit in support of the Bain Defendants' Opening Brief in Support of Their Motion to Dismiss.

3.    Attached hereto is a true and correct copy of the following documents:

| Exhibit No. | Date | Description |
|---|---|---|
| 1. | 10/27/2020 | Amended and Restated Registration and Shareholder Rights Agreement (the "Shareholders' Agreement") |
| 2. | 8/31/2023 | August 31, 2023 Cerevel Board Meeting Materials (CERE220_000987) **[CONFIDENTIAL]** |
| 3. | 8/31/2023 | August 31, 2023 Cerevel Board Meeting Minutes (CERE220_000639) **[CONFIDENTIAL]** |
| 4. | 9/27/2023 | September 27, 2023 Cerevel Board Meeting Materials (CERE220_000995) **[CONFIDENTIAL]** |
| 5. | 9/27/2023 | September 27, 2023 Cerevel Board Meeting Minutes (CERE220_001129) **[CONFIDENTIAL]** |

| 6. | 10/10/2023 | October 10, 2023 Cerevel Board Meeting Minutes (CERE220_000642) [**CONFIDENTIAL**] |
|---|---|---|
| 7. | 11/1/2023 | Cerevel Form 10-Q, Q3 2023 |
| 8. | 11/7/2023 | AbbVie Inc. ("AbbVie") Term Sheet (CERE220_000813) [**CONFIDENTIAL**] |
| 9. | 1/18/2024 | Cerevel Schedule 14A Definitive Proxy Statement (the "Proxy") |
| 10. | 11/4/2024 | AbbVie Form 10-Q, Q3 2024 |
| 11. | 11/8/2024 | AbbVie Historical Stock Prices – Yahoo! Finance |
| 12. | 11/11/2024 | AbbVie Press Release Titled "AbbVie Provides Update on Phase 2 Results for Emraclidine in Schizophrenia" |
| 13. | 10/2/2025 | Telephonic Rulings of the Court on Defendants' Motions to Dismiss in *SEIU Pension Plans Master Trust v. Bain Capital Investors, LLC*, No. 2024-1274-JTL (Del. Ch.) |

Dated: October 30, 2025

*Christopher Fitzpatrick Cannataro (#6621)*
ABRAMS & BAYLISS LLP
20 Montchanin Road, Suite 200
Wilmington, Delaware 19807
Telephone: (302) 778-1000
cannataro@abramsbayliss.com

*Attorneys for Defendants Bain Capital Investors, LLC, Adam Koppel, and Christopher Gordon*

SWORN TO AND SUBSCRIBED
Before me this 30th Day of October, 2025

_____
Notary Public

ANNETTE BOSCO
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Dec. 13, 2026

3