# Exhibit B

SEC Form 4

| | |
|---|---|
| **FORM 4** | |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| PERCEPTIVE ADVISORS LLC | Cerevel Therapeutics Holdings, Inc. [ CERE ] | X Director     10% Owner |
| (Last)   (First)   (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) <br> 10/16/2023 |    Officer (give title below)     Other (specify below) |
| 51 ASTOR PLACE, 10TH FLOOR | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| (Street) | |    Form filed by One Reporting Person |
| NEW YORK   NY   10003 | | X Form filed by More than One Reporting Person |
| (City)   (State)   (Zip) | Rule 10b5-1(c) Transaction Indication <br> ☐ Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10. | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 10/16/2023 | | P | | 876,808 | A | $22.81 | 10,794,876[1] | I | See Footnote[2] |
| Common Stock | | | | | | | | 170,317[3] | I | See Footnote[4] |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

| 1. Name and Address of Reporting Person[*] |
|---|
| PERCEPTIVE ADVISORS LLC |
| (Last)   (First)   (Middle) |
| 51 ASTOR PLACE, 10TH FLOOR |
| (Street) |
| NEW YORK   NY   10003 |
| (City)   (State)   (Zip) |

1. Name and Address of Reporting Person[*]

PERCEPTIVE LIFE SCIENCES MASTER FUND LTD

| (Last) | (First) | (Middle) |

51 ASTOR PLACE, 10TH FLOOR

(Street)

| NEW YORK | NY | 10003 |
| (City) | (State) | (Zip) |

1. Name and Address of Reporting Person*

EDELMAN JOSEPH

| (Last) | (First) | (Middle) |

51 ASTOR PLACE, 10TH FLOOR

(Street)

| NEW YORK | NY | 10003 |
| (City) | (State) | (Zip) |

**Explanation of Responses:**

1. Includes 3,406,341 shares of common stock the Master Fund (as defined below) received pursuant to a liquidation distribution by ARYA Sciences Holdings II on April 11, 2023 (the "Liquidation Distribution").

2. The securities are directly held by Perceptive Life Sciences Master Fund Ltd. (the "Master Fund"). Perceptive Advisors LLC (the "Advisor") serves as the investment manager of Master Fund. Mr. Edelman is the managing member of the Advisor. Each of Mr. Edelman and the Advisor disclaims, for purposes of Section 16 of the Securities Exchange Act of 1934, beneficial ownership of such securities, except to the extent of his/its indirect pecuniary interest therein, and this report shall not be deemed an admission that either Mr. Edelman or the Advisor is the beneficial owner of such securities for purposes of Section 16 or for any other purposes.

3. Represents 170,317 shares of common stock received by Mr. Edelman on April 11, 2023 pursuant to a distribution by Perceptive SP(A), L.P. (the "Co-Investment Fund") which the Co-Investment Fund received pursuant to the Liquidation Distribution.

4. The securities are directly held by C2 Life Sciences, LLC ("C2"). The Advisor serves as the investment manager of C2 and Mr. Edelman is the managing member of the Advisor.

| | |
|---|---|
| /s/ Joseph Edelman - for Perceptive Life Sciences Master Fund Ltd., By: Perceptive Advisors LLC, its investment manager, By: Joseph Edelman, its managing member | 10/17/2023 |
| /s/ Joseph Edelman - for Perceptive Advisors LLC, By: Joseph Edelman, its managing member | 10/17/2023 |
| /s/ Joseph Edelman | 10/17/2023 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**