**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| IN RE CEREVEL THERAPEUTICS HOLDINGS, INC. SECURITIES LITIGATION | ) ) ) ) ) ) |

Case No. 25-cv-417-GBW

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF BAIN**
**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

OF COUNSEL:

Peter L. Welsh
Daniel V. McCaughey
Elena Weissman Davis
ROPES & GRAY LLP
800 Boylston Street
Boston, MA 02199
(617) 951-7000

Martin J. Crisp
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
(212) 596-9000

A. Thompson Bayliss (#4379)
Christopher Fitzpatrick Cannataro (#6621)
Clara Hubbard (#7320)
ABRAMS & BAYLISS LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19801
(302) 778-1000

*Counsel for Defendants Bain Capital Investors,*
*LLC, Adam Koppel, and Christopher Gordon*

Dated: October 30, 2025

## I.    INTRODUCTION

Pursuant to Rule 201 of the Federal Rules of Evidence, Defendants Bain Capital Investors, LLC ("Bain"), Adam Koppel, and Christopher Gordon (together with Bain, the "Bain Defendants") respectfully request that the Court take judicial notice of the following documents attached as exhibits to the Transmittal Affidavit of Christopher Fitzpatrick Cannataro, Esq. in Support of Bain Defendants' Opening Brief in Support of Their Motion to Dismiss ("Cannataro Aff.").

**Exhibit 1:** A true and correct copy of the Amended and Restated Registration and Shareholder Rights Agreement (the "Shareholders' Agreement"), dated and filed with the SEC by Cerevel Therapeutics Holdings, Inc. ("Cerevel") on October 27, 2020 as Exhibit 10.3 to Cerevel's Form 8-K.

**Exhibit 7:** A true and correct copy of the Form 10-Q for Q3 2023, filed by Cerevel with the SEC on November 1, 2023.

**Exhibit 9:** A true and correct copy of the Schedule 14A Definitive Proxy Statement, filed by Cerevel with the SEC on January 18, 2024.

**Exhibit 10:** A true and correct copy of the Form 10-Q for Q3 2024, filed by AbbVie, Inc. ("AbbVie") with the SEC on November 4, 2024.

**Exhibit 11:** AbbVie's stock price history for the period of November 8-11, 2024, as publicly reported by Yahoo! Finance.

**Exhibit 12:** A true and correct copy of a press release issued by AbbVie on November 11, 2024, titled "AbbVie Provides Update on Phase 2 Results for Emraclidine in Schizophrenia," available at https://news.abbvie.com/2024-11-11-AbbVie-Provides-Update-on-Phase-2-Results-for-Emraclidine-in-Schizophrenia.

**Exhibit 13:** A true and correct copy of the October 2, 2025 Telephonic Rulings of the Court on Defendants' Motions to Dismiss in *SEIU Pension Plans Master Trust v. Bain Capital Investors, LLC*, No. 2024-1274-JTL (Del. Ch.).

## II.    ARGUMENT

When ruling on a Rule 12(b)(6) motion to dismiss, "courts must consider the complaint in its entirety, as well as other sources courts ordinarily examine . . . in particular, documents incorporated into the complaint by reference, and matters of which a court may take judicial notice." *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007). Under Federal Rule of Evidence 201(d), if requested by a party, a court must take judicial notice of documents that are not subject to reasonable dispute and are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." *In re NAHC, Inc. Sec. Litig.*, 306 F.3d 1314, 1331 (3d Cir. 2002); *Oran v. Stafford*, 226 F.3d 275, 289 (3d Cir. 2000) (Alito, J.).

### A.  SEC Filings (Exs. 1, 7, 9, 10)

In securities litigation, courts in the Third Circuit routinely take judicial notice of the content of public records, including (but not limited to) SEC filings. *See, e.g., In re Focus Fin. P'rs*, 2025 WL 961488, at *10 n.5 (D. Del. Mar. 31, 2025) (taking judicial notice of proxy statement and special-committee minutes in securities litigation). Exhibits 1, 7, 9, and 10 are therefore proper subjects of judicial notice and may be considered when evaluating the Bain Defendants' Motion to Dismiss. All four Exhibits are publicly available documents filed with the SEC by Cerevel or AbbVie. Their contents are capable of immediate and accurate determination on the SEC's public website and are not subject to reasonable dispute. *See, e.g., In re NAHC*, 306 F.3d at 1331 (recognizing that "(1) documents relied upon in the Complaint ([such as] SEC filings and press releases)" and "(2) documents filed with the SEC, but not relied upon in the Complaint"

2

are proper subjects of judicial notice).  Exhibit 1, *see, e.g.,* ¶¶ 47-51,[1] and Exhibit 9, *see, e.g.,* ¶¶ 1, 141-48, are also incorporated by reference in the Complaint.  Accordingly, the Bain Defendants request that the Court take judicial notice of Exhibits 1, 7, 9, and 10.

### B.  Price Data of Publicly Traded Companies (Ex. 11)

Courts also regularly take notice of publicly reported stock-price data of publicly traded companies.  *See, e.g., Ieradi v. Mylan Lab'ys, Inc.*, 230 F.3d 594, 598 n.2 (3d. Cir. 2000) (taking judicial notice of publicly reported stock prices).  Such publicly available data is "not subject to reasonable dispute." *Werner v. Werner*, 267 F.3d 288, 295 (3d. Cir. 2001); *see In re Resolute Energy Corp. Sec. Litig.*, 2022 WL 260059, at *2 n.7 (3d. Cir. Jan. 27, 2022) (taking judicial notice of market price for company shares as reflected in a contemporaneous newspaper article). Accordingly, the Bain Defendants request that the Court take judicial notice of Exhibit 11, the stock price history of AbbVie (NYSE: ABBV) for the period of November 8-11, 2024, as publicly reported by Yahoo! Finance.

### C.  Press Releases and Other Public Materials (Ex. 12)

Courts in the Third Circuit routinely take judicial notice of newspapers, press releases, analyst reports, and magazines because their publication is "not subject to reasonable dispute in that it is . . . capable of accurate and ready determination by resorting to sources whose accuracy cannot be questioned." *Benak v. All. Cap. Mgmt. L.P.*, 435 F.3d 396, 401 n.15 (3d Cir. 2006). Accordingly, the Bain Defendants request that the Court take judicial notice of Exhibit 12, a publicly available press release issued by AbbVie on November 11, 2024, titled "AbbVie Provides Update on Phase 2 Results for Emraclidine in Schizophrenia."

---

[1] Citations to "¶ __" refer to the August 13, 2025 consolidated amended complaint (the "Complaint").

### D.  Court Filings (Ex. 13)

Courts in this Circuit also take judicial notice of publicly available records, including transcripts and opinions from judicial proceedings.  *Sturgeon v. Pharmerica Corp.*, 438 F. Supp. 3d 246, 257 (E.D. Pa. 2020); *Yeransian v. Markel Corp.*, 2021 WL 979604, at *3 n.4, *5 (D. Del. Mar. 16, 2021).   Exhibit 13 is the publicly available Telephonic Rulings of the Court on Defendants' Motions to Dismiss in *SEIU Pension Plans Master Trust v. Bain Capital Investors, LLC*, No. 2024-1274-JTL (Del. Ch.), a Delaware Court of Chancery case that involves the same facts as those pled here.  *See In re Calabria*, 407 B.R. 671, 683 (Bankr. W.D. Pa. 2009) ("Many courts have held that federal courts have the authority to take judicial notice of proceedings in other courts, either within or without the federal system, provided those proceedings are directly related to the matters at issue.").  Accordingly, the Bain Defendants request that the Court take judicial notice of Exhibit 13.

## III.   CONCLUSION

For the foregoing reasons, the Bain Defendants respectfully request that the Court take judicial notice of Exhibits 1, 7, 9, 10, 11, 12, and 13 in connection with the Bain Defendants' Motion to Dismiss.

OF COUNSEL:

Peter L. Welsh
Daniel V. McCaughey
Elena Weissman Davis
ROPES & GRAY LLP
800 Boylston Street
Boston, MA 02199
(617) 951-7000

Martin J. Crisp
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
(212) 596-9000

*/s/ Christopher Fitzpatrick Cannataro*
A. Thompson Bayliss (#4379)
Christopher Fitzpatrick Cannataro (#6621)
Clara Hubbard (#7320)
Abrams & Bayliss LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19801
(302) 778-1000
bayliss@abramsbayliss.com
cannataro@abramsbayliss.com
hubbard@abramsbayliss.com

*Counsel for Defendants Bain Capital Investors,
LLC, BC Perception Holdings, LP, Christopher
Gordon, and Adam Koppel*

Date:  October 30, 2025

5