**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE CEREVEL THERAPEUTICS HOLDINGS, INC. SECURITIES LITIGATION | ) ) ) )  Case No. 25-cv-417-GBW ) ) ) PUBLIC VERSION FILED ) NOVEMBER 6, 2025 |

**EXHIBITS 2 THROUGH 6 AND 8 TO
TRANSMITTAL AFFIDAVIT OF CHRISTOPHER FITZPATRICK
CANNATARO, ESQ. IN SUPPORT OF BAIN DEFENDANTS'
OPENING BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS**

OF COUNSEL:

Peter L. Welsh
Daniel V. McCaughey
Elena Weissman Davis
ROPES & GRAY LLP
800 Boylston Street
Boston, MA 02199
(617) 951-7000

Martin J. Crisp
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
(212) 596-9000

A. Thompson Bayliss (#4379)
Christopher Fitzpatrick Cannataro (#6621)
Clara Hubbard (#7320)
ABRAMS & BAYLISS LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19801
(302) 778-1000

*Counsel for Defendants Bain Capital Investors,
LLC, Adam Koppel, and Christopher Gordon*

Dated:  October 30, 2025

1