REDACTED IN ITS ENTIRETY

# Exhibit 2

REDACTED IN ITS ENTIRETY

# Exhibit 3

REDACTED IN ITS ENTIRETY

# Exhibit 4

**REDACTED IN ITS ENTIRETY**

# Exhibit 5

**REDACTED IN ITS ENTIRETY**

# Exhibit 6