**REDACTED IN ITS ENTIRETY**

# Exhibit 8