**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| IN RE CEREVEL THERAPEUTICS HOLDINGS, INC. SECURITIES LITIGATION | Case No. 25-cv-417-GBW<br><br>**JURY TRIAL DEMANDED**<br><br>**CLASS ACTION** |

## DECLARATION OF MICHAEL J. FARNAN IN SUPPORT OF PLAINTIFFS' OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS

I, Michael J. Farnan, declare as follows:

1.      I am a member in good standing of the bar of the State of Delaware and of this Court. I am a partner at the law firm of Farnan LLP. I submit this Declaration in support of Plaintiffs' Oppositions to Defendants' Motions to Dismiss.

2.      Attached hereto is a true and correct copy of the following exhibit:

Exhibit A:     Telephonic Rulings on Defendants' Motions to Dismiss in *SEIU Pension Plans Master Trust v. Bain Capital Investors, LLC*, No. 2024-1274-JTL (Del. Ch.), dated October 2, 2025.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 17th day of December 2025.

/s/ Michael J. Farnan
Michael J. Farnan (Bar No. 5165)