**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE CEREVEL THERAPUETICS HOLDINGS, INC. SECURITIES LITIGATION | Case No. 25-cv-417-GBW |

**DECLARATION OF ANTHONY C. PICCIRILLO IN**
**SUPPORT OF DEFENDANT PFIZER INC.'S REPLY MEMORANDUM**
**OF LAW IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS'**
**CONSOLIDATED CLASS ACTION COMPLAINT**

I, Anthony C. Piccirillo, declare under penalty of perjury that the following is true and correct: I am an attorney at the law firm Simpson Thacher & Bartlett LLP, counsel for PFIZER INC. ("Pfizer") in the above-captioned case. I am a member of the State Bar of New York and am admitted to practice before this Court *pro hac vice*. I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto. Each of the following facts and statements is true and correct to the best of my knowledge.

1. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of Cerevel Therapuetics Holdings, Inc.'s Schedule 14A Proxy Statement Pursuant to Section 14(a) of the Securities Exchange Act of 1934, dated April 28, 2023.

1

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed this 23rd day of January, 2026.

/s/Anthony C. Piccirillo
Anthony C. Piccirillo

2