# EXHIBIT 1

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

---

## SCHEDULE 14A

### Proxy Statement Pursuant to Section 14(a) of the
### Securities Exchange Act of 1934
### (Amendment No.    )

---

Filed by the Registrant  ☒

Filed by a party other than the Registrant  ☐

Check the appropriate box:

☐    Preliminary Proxy Statement

☐    **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**

☒    Definitive Proxy Statement

☐    Definitive Additional Materials

☐    Soliciting Material under §240.14a-12

# Cerevel Therapeutics Holdings, Inc.
### (Name of Registrant as Specified In Its Charter)

### (Name of Person(s) Filing Proxy Statement, if other than the Registrant)

Payment of Filing Fee (Check all boxes that apply):

☒    No fee required

☐    Fee paid previously with preliminary materials

☐    Fee computed on table in exhibit required by Item 25(b) per Exchange Act Rules 14a-6(i)(1) and 0-11

---



April 28, 2023

Dear Stockholder:

At Cerevel, we are dedicated to unraveling the mysteries of the brain to treat neuroscience disease, and our targeted approach to treating neuroscience diseases focuses on three key factors: we combine a deep expertise in neurocircuitry, or "how the brain is wired," with a focus on targeted receptor subtype selectivity, and then leverage our differentiated approach to pharmacology to develop potential new medications for the millions of people who need them. We are a team of dedicated and diverse leaders who are anchored in our core values of trust, courage, respect, curiosity and compassion. Our mission is to push boundaries, develop solutions and transform the lives of patients living with some of the most vexing neuroscience diseases, including schizophrenia, Alzheimer's disease psychosis, epilepsy, panic disorder and Parkinson's disease.

For Cerevel, 2022 was a particularly productive and successful year as we remained steadfast and focused on our mission to transform what is possible in neuroscience diseases:

- In December 2022, we announced positive results in an ambulatory blood pressure monitoring trial for emraclidine, our M4-selective positive allosteric modulator, that provided clear evidence that emraclidine does not induce an increase in blood pressure with chronic dosing in people living with schizophrenia. These results provided another example of Cerevel's disciplined approach to drug development and validate the potential of emraclidine to be a transformative treatment for people living with schizophrenia. We are currently evaluating emraclidine in two adequately-powered placebo-controlled Phase 2 trials in schizophrenia, known as EMPOWER-1 and EMPOWER-2, as well as a corresponding open-label safety extension trial, known as EMPOWER-3. We also initiated a Phase 1 multiple ascending dose trial of emraclidine in healthy elderly volunteers in the fourth quarter of 2022 to support development in a second potential indication of Alzheimer's disease psychosis.

- In August 2022, we completed a $599 million dual convertible debt and equity financing, which strengthened our balance sheet and extended our cash runway into 2025.

- We began the year by announcing positive topline results for darigabat, our alpha-2/3/5-selective $GABA_A$ receptor positive allosteric modulator, in a Phase 1 clinical trial in healthy volunteers in acute anxiety. We have selected panic disorder as the second indication for development of darigabat and plan to initiate a Phase 2 proof-of-concept trial of darigabat in panic disorder. Darigabat is also being evaluated in the Phase 2 REALIZE proof-of-concept trial and corresponding open-label safety extension trial in focal epilepsy.

- We continued to advance the rest of our broad and deep pipeline, with a registration-directed Phase 3 program for tavapadon, our D1/D5-selective dopamine partial agonist, which includes two trials as monotherapy in early-stage Parkinson's, known as TEMPO-1 and TEMPO-2, one trial as adjunctive therapy in late-stage Parkinson's, known as TEMPO-3, and an open-label extension trial, known as TEMPO-4; a Phase 2a exploratory trial of CVL-871, our D1/D5-selective dopamine partial agonist for the treatment of dementia-related apathy; and an early clinical and preclinical pipeline across multiple potential neuroscience indications, including CVL-354, our selective kappa opioid receptor antagonist for the treatment of major depressive disorder and substance use disorder, our selective PDE4 inhibitor (PDE4D-sparing) program for the treatment of psychiatric, neuroinflammatory and other disorders and our selective M4 agonist program for the treatment of psychiatric and neurological indications.

We also continued to make progress on our corporate citizenship goals, which focused on how we engage with our people, partners and patients. We increased Black representation in our employee ranks, targeted new spend commitments with suppliers who have a commitment to diversity, equity and inclusion, or DE&I, and implemented measurable DE&I elements throughout the clinical trial lifecycle, spanning study planning (selecting sites in diverse geographies), study conduct (quarterly reviews of demographic data, including changes or trends) and study closeout (post hoc review of demographic data to inform future study planning). Our commitment to corporate citizenship is supported by our 11-member board of directors, which includes three women and four racial minorities.

We invite you to hear more about our progress by joining the virtual 2023 Annual Meeting of Stockholders of Cerevel Therapeutics Holdings, Inc. on Wednesday, June 7, 2023, at 9:00 a.m. ET, which we refer to as the Annual Meeting. The Annual Meeting will take place via live webcast, providing stockholders with the ability to participate, vote their shares and ask questions. We are mailing the Notice of Internet Availability of Proxy Materials on or about April 28, 2023. Additional information about the Annual Meeting,

including instructions for accessing our proxy materials and voting, as well as information about the agenda for the Annual Meeting, are described in the accompanying Notice of Annual Meeting and proxy statement.

Your vote is very important. Whether or not you plan to join the virtual Annual Meeting, it is important that your shares be represented. To ensure that your vote is counted, please carefully review the accompanying Notice of Annual Meeting and proxy statement and cast your vote as soon as possible, even if you plan to attend the Annual Meeting. Only Cerevel stockholders of record as the close of business on April 10, 2023 will be entitled to receive notice of and to vote at the Annual Meeting and any adjournment or postponement thereof.

At Cerevel, we seek to become *the* premier neuroscience company, and your investment and continuing interest in our efforts are an essential part of achieving that aspiration. We hope that you will join us virtually on June 7, 2023.

Sincerely,

/s/ N. Anthony Coles

N. Anthony Coles, M.D.
Chairperson of the Board of Directors and Chief Executive Officer

## PROPOSAL 1: ELECTION OF FOUR CLASS III DIRECTORS

Our board of directors is divided into three classes, with one class of our directors standing for election each year. The members of each class are elected to serve a three-year term with the term of office of each class ending in successive years. Marijn Dekkers, Deval Patrick, Norbert Riedel and Gabrielle Sulzberger are the directors whose terms will expire at this Annual Meeting and each of them has been nominated for and has agreed to stand for re-election to the board of directors to serve as a Class III director of the Company until the 2026 annual meeting of stockholders and until his or her successor is duly elected and qualified, or until his or her earlier death, resignation or removal. The term for our Class I directors will expire at our 2024 annual meeting of stockholders and the term of our Class II directors will expire at our 2025 annual meeting of stockholders.

It is intended that, unless you give contrary instructions, shares represented by proxies solicited by the board of directors will be voted for the election of the director nominees listed below. We have no reason to believe that the director nominees will be unavailable for election at the Annual Meeting. In the event that a director nominee is unexpectedly not available to serve, proxies may be voted for another person nominated as a substitute by the board of directors, or the board of directors may reduce the number of directors to be elected at the Annual Meeting. Pursuant to our bylaws, the board of directors has fixed the number of directors at 11 as of the date of this proxy statement. Except as otherwise provided in the Registration and Shareholder Rights Agreement (as defined herein), vacancies on the board of directors are filled solely and exclusively by the affirmative vote of a majority of the remaining directors, even if less than a quorum, and not by the stockholders. Your proxy cannot be voted for a greater number of persons than the number of director nominees named in this proxy statement.

Information relating to each director nominee and each continuing director, including his or her period of service as a director of the Company, principal occupation and other biographical material is shown below.

**Voting Requirement to Approve Proposal**

For Proposal 1, a director nominee will be elected if the number of votes properly cast FOR the director nominee exceeds the number of votes properly cast AGAINST the director nominee. Abstentions and broker non-votes will have no effect on the outcome of this vote.

**THE BOARD OF DIRECTORS UNANIMOUSLY RECOMMENDS THAT YOU VOTE**

**FOR**

**EACH DIRECTOR NOMINEE FOR CLASS III DIRECTOR:**

**MARIJN DEKKERS, DEVAL PATRICK, NORBERT RIEDEL AND GABRIELLE SULZBERGER**

**(PROPOSAL 1 ON YOUR PROXY CARD)**

6

## DIRECTORS

The following table sets forth information concerning our directors as of March 31, 2023. The biographical description of each director includes the specific experience, qualifications, attributes and skills that the board of directors would expect to consider if it were making a conclusion currently as to whether such person should serve as a director.



**N. Anthony Coles, M.D.**
Chairperson and Class I Director; Age 62



**Suneet Varma, M.B.A.**
Class I Director; Age 54



**Christopher Gordon, M.B.A.**
Class I Director; Age 50



**Deborah Baron, M.B.A.**
Class II Director; Age 54



**Doug Giordano, M.B.A.**
Class II Director; Age 60



**Adam Koppel, M.D., Ph.D.**
Class II Director; Age 53



**Ruth McKernan, Ph.D., CBE, FMedSci**
Class II Director; Age 65



**Marijn Dekkers, Ph.D.**
Class III Director; Age 65



**Deval Patrick, J.D.**
Class III Director; Age 66



**Norbert Riedel, Ph.D.**
Class III Director; Age 65



**Gabrielle Sulzberger, J.D., M.B.A.**
Class III Director; Age 62

7

**Information about Class III Director Nominees**

*Marijn Dekkers, Ph.D.* has served as a member of our board of directors since September 2018. Since May 2017, Dr. Dekkers has served as a founder and the chairperson of Novalis LifeSciences LLC, an investment and advisory firm for the life science industry. From October 2010 to April 2016, Dr. Dekkers served as chief executive officer of Bayer AG in Leverkusen, Germany, and from 2002 to 2009, he was chief executive officer of Thermo Fisher Scientific. Dr. Dekkers currently serves on the boards of directors of the Foundation for the National Institutes of Health, Georgetown University, Quantum-Si Incorporated (Nasdaq: QSI) and Ginkgo Bioworks Holdings, Inc. (NYSE: DNA) and previously served on the board of directors of Unilever PLC (NYSE: UL), General Electric Company (NYSE: GE), Biogen Inc. (Nasdaq: BIIB) and Quanterix Corporation (Nasdaq: QTRX). Dr. Dekkers received his Ph.D. and M.S. in chemical engineering from the University of Eindhoven and his bachelor's degree in chemistry from the Radboud University, both in the Netherlands. We believe Dr. Dekkers is qualified to serve on our board of directors because of his extensive executive experience in our industry.

*Deval Patrick, J.D.* has served as a member of our board of directors since January 2021. Mr. Patrick is a professor of practice and the co-director of the Center for Public Leadership at Harvard Kennedy School. He served as co-chair of American Bridge 21st Century Foundation and BridgeTogether, a political action committee and 501(c)(3) that supports progressive politics and grassroots groups to drive turnout and engagement among disenfranchised and marginalized votes, from May 2020 to December 2022. From April 2015 to December 2019, Mr. Patrick served as a managing director of Bain Capital, where he founded and led a growth equity fund focused on delivering competitive financial returns and positive social impact. Previously, from January 2007 to January 2015, Mr. Patrick served as the governor of Massachusetts. Prior to his tenure in government, from 2000 to 2004, Mr. Patrick served as the executive vice president and general counsel at The Coca-Cola Company. Previously, from 1998 to 1999, he served as vice president and general counsel at Texaco Inc., until its acquisition by Chevron Corporation. Mr. Patrick also previously served as a partner in two Boston law firms and, from 1994 to 1997, as the Assistant Attorney General of the United States for Civil Rights in the Department of Justice. Mr. Patrick serves on the boards of directors of American Well Corporation (NYSE: AMWL), Twilio Inc. (NYSE: TWLO) and Toast, Inc. (NYSE: TOST), and previously served as a member of the boards of directors of Global Blood Therapeutics, Inc. (Nasdaq: GBT), Environmental Impact Acquisition Corp (now GreenLight Biosciences Holdings, PBC) (Nasdaq: GRNA), UAL (United Airlines) (Nasdaq: USD) and Reebok (NYSE: RBK). Mr. Patrick is a Rockefeller Fellow, a Crown Fellow of the Aspen Institute, and the author of two books, A Reason to Believe: Lessons from an Improbable Life and Faith in the Dream: A Call to the Nation to Reclaim American Values. Mr. Patrick received a B.A. from Harvard College and a J.D. from Harvard Law School. We believe Mr. Patrick is qualified to serve on our board of directors because of his extensive public and private sector leadership experience and business management.

*Norbert G. Riedel, Ph.D.* has served as a member of our board of directors since December 2018. Dr. Riedel currently serves as the executive chairman and a member of the board of directors of Aptinyx Inc. (Nasdaq: APTX), a biopharmaceutical company, where he also previously served as chief executive officer from September 2015 to December 2021, and as president from September 2015 to December 2020. Dr. Riedel also previously served as chief executive officer and president of Naurex Inc., the predecessor to Aptinyx, from January 2014 to August 2015. From 2001 to January 2013, he served as corporate vice president and chief scientific officer of Baxter International Inc., a diversified healthcare company, where from 1998 to 2001, he also served as president and general manager of the recombinant therapeutic proteins business unit and vice president of research and development of the bioscience business unit. From 1996 to 1998, Dr. Riedel served as head of worldwide biotechnology and worldwide core research functions at Hoechst-Marion Roussel (now Sanofi), a global pharmaceutical company. Dr. Riedel served on the board of directors of Ariad Pharmaceuticals, Inc., an oncology company then listed on Nasdaq, from May 2011 until the company was acquired in February 2017. Dr. Riedel also serves on the boards of directors of Jazz Pharmaceuticals plc (Nasdaq: JAZZ), Eton Pharmaceuticals, Inc. (Nasdaq: ETON) and the Illinois Biotechnology Innovation Organization and is also a member of the Austrian Academy of Sciences. Dr. Riedel is an Adjunct Professor at Boston University School of Medicine and an Adjunct Professor of Medicine at Northwestern University's Feinberg School of Medicine. Dr. Riedel previously served as an associate professor of medicine at Boston University School of Medicine and a visiting associate professor at the Massachusetts Institute of Technology. Dr. Riedel holds a diploma in biochemistry and a Ph.D. in biochemistry from the University of Frankfurt. We believe Dr. Riedel is qualified to serve on our board of directors because of his significant scientific, drug discovery and development and commercial expertise with over 20 years of experience in the biotechnology and pharmaceutical industries.

*Gabrielle Sulzberger, J.D., M.B.A.* has served as a member of our board of directors since June 2019. Ms. Sulzberger currently serves as chairperson of the ESG practice at Teneo, a public relations and advisory company, and is also a senior advisor at Two Sigma and Centerbridge Partners. From September 2007 to August 2020, Ms. Sulzberger was a general partner of Fontis Partners, a private equity fund based in Pasadena, California, and has served as chief financial officer of several public and private companies. Until August of 2017, Ms. Sulzberger served as chairperson of the board of directors of Whole Foods Market, Inc. Ms. Sulzberger currently serves on the boards of directors of Mastercard Incorporated (NYSE: MA), Eli Lilly and Company (NYSE: LLY), Warby Parker Inc. (NYSE: WRBY), True Food Kitchen and Acorns Advisers, LLC, and previously served on the boards of directors of Brixmor Property Group Inc. (NYSE: BRX), Teva Pharmaceutical Industries Limited (NYSE: TEVA), Bright Horizons Family Solutions Inc. (NYSE: BFAM), IndyMac Bank and Stage Stores Inc. Ms. Sulzberger is a Trustee of the Ford Foundation, and also

https://www.sec.gov/Archives/edgar/data/1805387/000095017023015766/cere-20230428.htm

serves on the boards of the Metropolitan Museum of Art, Sesame Street Workshop, TimesUp and Trinity Church Wall Street. She is a Henry Crown Fellow of the Aspen Institute. Ms. Sulzberger received her B.A. from the Woodrow Wilson School of Princeton University. She received her M.B.A. from Harvard Business School and J.D. from Harvard Law School and is a member of the Massachusetts Bar. We believe Ms. Sulzberger is qualified to serve on our board of directors because of her finance and accounting background, her experience as a private equity investor as well as her experience as a director of a range of businesses and industries.

**Information about Other Directors Not Standing for Election at this Meeting**

*Class I Directors with Terms Expiring at the 2024 Annual Meeting*

**N. Anthony Coles, M.D.** has been our Chief Executive Officer since September 2019 and has served as the chairperson of our board of directors since December 2018. From October 2014 to September 2019, Dr. Coles co-founded and served as the chairperson and chief executive officer of Yumanity Therapeutics, Inc. (Nasdaq: YMTX). He continued as chairperson of Yumanity until its reverse merger in December 2022. From October 2013 to October 2014, Dr. Coles served as the chairperson and chief executive officer of TRATE Enterprises, LLC, a privately-held company. Previously, Dr. Coles served as president, chief executive officer and chairperson of the board directors of Onyx Pharmaceuticals, Inc., from 2012 until its sale to Amgen in 2013, having served as its president, chief executive officer and a member of its board of directors from 2008 until 2012. Prior to joining Onyx Pharmaceuticals, Inc., Dr. Coles was president, chief executive officer and a member of the board of directors of NPS Pharmaceuticals, Inc. Before joining NPS Pharmaceuticals, Inc. in 2005, Dr. Coles was senior vice president of commercial operations at Vertex Pharmaceuticals Incorporated, and earlier, held several executive positions at Bristol-Myers Squibb Company and positions of increasing responsibility at Merck & Co., Inc. In addition to having previously served as a director of Onyx, NPS and Yumanity, Dr. Coles was formerly a director of CRISPR Therapeutics AG (Nasdaq: CRSP), Laboratory Corporation of America Holdings (NYSE: LH), Campus Crest Communities, Inc. and McKesson Corporation (NYSE: MCK). He also previously served as a member of the Harvard Medical School Board of Fellows. Dr. Coles currently serves on the board of directors of Regeneron Pharmaceuticals, Inc. (Nasdaq: REGN), and is also a member of the board of trustees for Johns Hopkins University. He is also a member of the Council for the Smithsonian's National Museum of African American History and Culture in Washington, D.C., a member of the board of trustees of The Metropolitan Museum of Art in New York, and a member of the board of directors of the Council on Foreign Relations. In 2021, Dr. Coles was elected to the American Academy of Arts & Sciences. Dr. Coles earned a B.A. at Johns Hopkins University, a medical degree from Duke University, and a master's degree in public health from Harvard University. He completed his cardiology and internal medicine training at Massachusetts General Hospital and was a research fellow at Harvard Medical School. We believe Dr. Coles is qualified to serve on our board of directors because of his extensive executive experience in our industry and his service as our Chief Executive Officer.

**Christopher Gordon, M.B.A.** has served as a member of our board of directors since September 2018. Mr. Gordon is a partner at Bain Capital. He joined the firm in 1997 and has significant experience in private equity investing, with a specialized focus in the healthcare sector. He is Co-Head of Bain Capital's North America Private Equity business and Global Head of the Healthcare Vertical. Prior to joining Bain Capital, he was a consultant at Bain & Company. Mr. Gordon has been actively involved in and served on the boards of directors of a wide spectrum of prominent healthcare companies in which Bain Capital has made investments and currently serves on the board of Aveanna Healthcare Holdings Inc. (Nasdaq: AVAH), InnovaCare Health, Kestra Medical Technologies, Inc. and U.S. Renal Care, Inc. Mr. Gordon previously served on the boards of Grupo Notre Dame Intermedica, HCA Healthcare Inc. (Nasdaq: HCA), Quintiles Transnational Holdings Inc., Acadia Healthcare Company, Inc. (Nasdaq: ACHC), Air Medical, Beacon Health Options, Physio Control Inc., QuVa Pharma, Waystar Inc., Surgery Partners, Inc. (Nasdaq: SGRY) and Stada. He is also a founding director of the Healthcare Private Equity Association. Mr. Gordon volunteers his time and support to a variety of charitable organizations and currently serves on the board of directors of Tenacity, Boston Medical Center Health Plan and Dana Farber Cancer Institute Board of Trustees. Mr. Gordon received a bachelor's degree in economics from Harvard College, graduating magna cum laude, and an M.B.A. from Harvard Business School, where he was a Baker Scholar. We believe Mr. Gordon is qualified to serve on our board of directors because of his experience as a director and public equity and growth private equity investor in pharmaceutical companies.

**Suneet Varma, M.B.A.** has served as a member of our board of directors since June 2022. Mr. Varma is currently Global and U.S. President, Oncology, at Pfizer, which has an industry-leading portfolio of 24 approved innovative cancer medicines and biosimilars across more than 30 indications. From 2020 to 2022, he served as Global President, Rare Diseases, at Pfizer, where he led one of Pfizer's fastest growing, high science units, which included a diverse portfolio in multiple therapeutic areas including cardiology, hematology, endocrinology-metabolic, renal and neurology. From 2018 to 2020, Mr. Varma was Global President, Hospital Business Unit, one of Pfizer's largest units which impacted the lives of over 200 million patients annually. Prior to that, Mr. Varma held positions of increasing responsibility at Pfizer, including Global President within Pfizer's Essential Health group leading the Global Brands and Anti-Infectives portfolios, President and General Manager of Pfizer Consumer Healthcare and Regional President North America,

Regional President Asia-Pacific and President of Consumer Healthcare in Canada. Mr. Varma currently sits on the Board of Trustees of Drew University and Kent Place School. Over his career, he has also sat on the Board of the Ad Council

9

and several industry associations. Mr. Varma received his M.B.A. from the Harvard Business School and a B.S. in Engineering from Tufts University. We believe Mr. Varma is qualified to serve on our board of directors because of his extensive executive experience in our industry.

### Class II Directors with Terms Expiring at the 2025 Annual Meeting

**Deborah Baron, M.B.A.** has served as a member of our board of directors since January 2021. Ms. Baron is currently senior vice president of Pfizer Inc.'s Worldwide Business Development Group, advancing to this role after joining Pfizer in 2002. In this role, Ms. Baron leads all Pfizer business development activities, covering a wide range of transaction types including venture investments, research/development/commercial collaborations, license agreements, mergers and acquisitions and divestitures. Prior to this role, Ms. Baron held positions of increasing responsibility at Pfizer, including leading business development activities in Pfizer's Primary Care and Emerging Markets businesses. Before joining Pfizer in 2002, Ms. Baron was an associate principal at McKinsey & Co, a management consulting firm, and was previously a manufacturing engineer at The Stanley Works, now Stanley Black & Decker, Inc., a manufacturer of industrial tools and household hardware and provider of security products. Ms. Baron received her B.S. in Mechanical Engineering from the Massachusetts Institute of Technology and an M.B.A. from the Sloan School of Management at the Massachusetts Institute of Technology. We believe Ms. Baron is qualified to serve on our board of directors because of her extensive executive experience in our industry.

**Doug Giordano, M.B.A.** has served as a member of our board of directors since September 2018. Mr. Giordano is currently a managing director at Perceptive Advisors. Prior to joining Perceptive Advisors, Mr. Giordano served as a senior vice president in Pfizer Inc.'s Worldwide Business Development Group from 2010 until April 2021. From March 2007 through February 2010, Mr. Giordano was Vice President of Pfizer Worldwide Business Development, responsible for Corporate Development and Corporate Transactions. Prior to that, Mr. Giordano held positions of increasing responsibility within Pfizer's U.S. Pharmaceuticals commercial organization. Before his U.S. pharmaceuticals operating role, Mr. Giordano worked in a mergers and acquisitions role within Pfizer's Medical Technology Group. Prior to his role with the Medical Technology Group, Mr. Giordano held positions within Pfizer's U.S. Pharmaceutical Group in finance and global manufacturing. Prior to joining Pfizer, Mr. Giordano was a consultant at Booz, Allen & Hamilton. Mr. Giordano currently serves on the board of directors of Panacea Acquisition Corp. II (Nasdaq: PANA) and previously served on the boards of directors of ICU Medical, Inc. (Nasdaq: ICUI) (from April 2017 to March 2019) and ViiV Healthcare Limited (from 2012 to 2019). Mr. Giordano earned a bachelor's degree in biomedical engineering from Duke University and an M.B.A. from Cornell University's Johnson School of Business. We believe Mr. Giordano is qualified to serve on our board of directors because of his industry experience as an investor and business development executive.

**Adam Koppel, M.D., Ph.D.** has served as a member of our board of directors since September 2018. Dr. Koppel is partner of Bain Capital Life Sciences. He initially joined Bain Capital Public Equity in 2003, where he was a leader within the healthcare sector until 2014. From 2014 to 2016, Dr. Koppel was executive vice president of corporate development and chief strategy officer at Biogen Inc. Prior to joining Bain Capital Public Equity in 2003, Dr. Koppel was an associate principal at McKinsey & Co in New Jersey where he served a variety of healthcare companies. Dr. Koppel currently serves as a member of the boards of directors of Solid Biosciences, Inc. (Nasdaq: SLDB), Aptinyx Inc. (Nasdaq: APTX) and Foghorn Therapeutics, Inc. (Nasdaq: FHTX), and previously served on the boards of directors of BCLS Acquisition Corp. (a special purpose acquisition company that was delisted from Nasdaq in November 2022), Dicerna Pharmaceuticals, Inc. (a former Nasdaq-listed company acquired by Novo Nordisk A/S) and Trevena, Inc. (Nasdaq: TRVN). Dr. Koppel graduated magna cum laude from Harvard University with a bachelor's and master's degrees in history and science. He received an M.D. and Ph.D. in neuroscience from the University of Pennsylvania School of Medicine and an M.B.A. from The Wharton School at the University of Pennsylvania, where he was a Palmer Scholar. We believe Dr. Koppel is qualified to serve on our board of directors because of his background as an executive officer, director and public equity and growth private equity investor in pharmaceutical companies, as well as his scientific and medical background.

**Ruth McKernan, Ph.D., CBE, FMedSci** has served as a member of our board of directors since December 2020. Dr. McKernan has served as a venture partner at SV Health Investors, LLP, a global investment firm focused on the healthcare industry, since 2018. Previously, from 2015 to 2018, Dr. McKernan served as chief executive officer of Innovate UK, a non-departmental public body funded by a grant-in-aid from the UK government. From 2005 to 2015, Dr. McKernan held various roles of increasing responsibility at Pfizer Inc., a global pharmaceutical company, most recently as chief scientific officer. Prior to joining Pfizer, she served in multiple senior positions over 18 years at Merck & Co., a publicly traded pharmaceutical company. Dr. McKernan currently serves as chair of the board of directors of AstronauTx Ltd. and Cumulus Neuroscience Ltd. She also serves as a trustee of Alzheimer's Research UK and is a member of Cancer Research UK. Dr. McKernan earned her B.S. in Pharmacology and Biochemistry from King's College London, where she also obtained her Ph.D. in Neuroscience from the Institute of Psychiatry, Psychology and Neuroscience. Dr. McKernan was conferred with Honorary D.Sc. degrees from the University of Bradford, Brunel University London and Coventry University. We believe Dr. McKernan is qualified to serve on our board of directors because of her scientific and industry experience in our field.

10

**Director Nomination Rights**

Pursuant to the terms of the Registration and Shareholder Rights Agreement (as defined herein), so long as BC Perception Holdings, LP and Pfizer Inc. own certain specified amounts of our equity securities, BC Perception Holdings, LP and Pfizer Inc. have certain rights to nominate directors to serve on our board of directors.

Of the current members of our board of directors, Deborah Baron and Suneet Varma were nominated to serve on our board of directors by Pfizer Inc., Christopher Gordon, Adam Koppel, Ruth McKernan and Gabrielle Sulzberger were nominated to serve on our board of directors by BC Perception Holdings, LP, and Marijn Dekkers and Norbert Riedel were nominated to serve on our board of directors as unaffiliated directors by BC Perception Holdings, LP, with the prior written consent of Pfizer Inc.

For additional details regarding the Registration and Shareholder Rights Agreement, see "*Certain Relationships and Related Person Transactions—Amended and Restated Registration and Shareholder Rights Agreement.*"

**Board Diversity Matrix**

The following table summarizes certain self-identified personal characteristics of our directors (including our director nominees) as of April 28, 2023. Each of the categories listed in the table below has the definition provided in Nasdaq Rule 5605(f).

| Total Number of Directors | | 11 | | |
| --- | --- | --- | --- | --- |
| | Female | Male | Non-Binary | Did Not Disclose Gender |
| **Part I: Gender Identity** | | | | |
| Directors | 3 | 8 | — | — |
| **Part II: Demographic Background** | | | | |
| African American or Black | 1 | 2 | — | — |
| Alaskan Native or Native American | — | — | — | — |
| Asian | — | 1 | — | — |
| Hispanic or Latinx | — | — | — | — |
| Native Hawaiian or Pacific Islander | — | — | — | — |
| White | 2 | 5 | — | — |
| Two or More Races or Ethnicities | — | — | — | — |
| LGBTQ+ | | | — | |
| Did Not Disclose Demographic Background | | | — | |

11

## EXECUTIVE OFFICERS

The following table sets forth information regarding our executive officers as of March 31, 2023:



**N. Anthony Coles, M.D.**[1]
Chairperson of the Board of Directors and Chief Executive Officer; Age 62



**Scott Akamine, J.D.**
Chief Legal Officer and Corporate Secretary; Age 39



**Mark Bodenrader**
Interim Chief Financial Officer, Senior Vice President, Finance and Chief Accounting Officer; Age 50



**Kenneth DiPietro**
Chief Human Resources Officer; Age 64



**John Renger, Ph.D.**
Chief Scientific Officer; Age 54



**Raymond Sanchez, M.D.**
Chief Medical Officer; Age 62



**Kathleen Tregoning, M.A.**
Chief Corporate Affairs Officer; Age 52

(1)    Dr. Coles is also a member of our board of directors, and his biographical information appears under "*Directors—Class I Directors with Terms Expiring at the 2024 Annual Meeting.*"

    *Scott Akamine, J.D.* has served as our Chief Legal Officer and Corporate Secretary since May 2021. Previously, from August 2019 to May 2020, Mr. Akamine served as general counsel and corporate secretary of AEON Biopharma, Inc., a privately-held biopharmaceutical company, overseeing legal and certain administrative functions including business development, corporate governance, intellectual property and compliance. Prior to AEON, Mr. Akamine was the associate general counsel and interim general counsel at CoreLogic, Inc. from April 2018 to August 2019, and general counsel and corporate secretary at Incipio, LLC from June 2015 to March 2018. He also held legal roles of escalating responsibility at Allergan, Inc. until the company was acquired by Actavis plc. Mr. Akamine began his legal career as a corporate attorney at Latham & Watkins. Mr. Akamine earned his B.A. from Chapman University and his J.D. from Pepperdine University School of Law where he graduated with honors.

    *Mark Bodenrader* has served as our interim Chief Financial Officer since September 2021, as our Senior Vice President, Finance and Chief Accounting Officer since July 2022 and as our Vice President, Finance and Chief Accounting Officer since September 2019. Previously, from February 2007 to September 2019, Mr. Bodenrader held various roles of increasing responsibility at Biogen Inc., a publicly traded biotechnology company, most recently as corporate controller, where he was responsible for all aspects of worldwide accounting and SEC reporting. Previously, he was head of internal audit at Heritage Property Investment Trust. From 2003 to 2004, Mr. Bodenrader served as manager, assurance and business advisory services at Grant Thornton LLP, after serving as assistant controller at Cabot Industrial Trust from 1998 to 2002. Mr. Bodenrader began his career in public accounting at Arthur Andersen, LLP. Mr. Bodenrader earned a B.S. in Finance and Accounting from Merrimack College, and is a Certified Public Accountant.

**Kenneth DiPietro** has served as our Chief Human Resources Officer since April 2019. Prior to joining us, Mr. DiPietro worked as the chief talent officer for Oak Hill Capital Partners from February 2018 to October 2018 and was also a senior advisor to several Polaris Ventures portfolio companies beginning in August 2017. Previously, he was a director at InVivo Therapeutics Holdings Corp. after serving as executive vice president of human resources at Biogen Inc. from February 2012 to September 2017. Earlier in his career, Mr. DiPietro held senior human resources roles with Lenovo Group Limited, Microsoft Corporation, and Dell Technologies Inc. Mr. DiPietro also served in a range of human resource and general management positions over 19 years at PepsiCo, Inc. Mr. DiPietro earned a B.S. in Industrial and Labor Relations from Cornell University. He sits on the Dean's Advisory Board at Cornell, the Peer Roundtable, the Boston Posse Advisory Board and advises a small number of technology startups focused on human resource management.

**John Renger, Ph.D.** has served as our Chief Scientific Officer since May 2019. Prior to joining us, Dr. Renger served as vice president of research and development and regulatory affairs at Imbrium Therapeutics L.P. from April 2018 to April 2019 and as head of clinical research and translational medicine at Purdue Pharma L.P. from August 2016 to April 2018. Previously, Dr. Renger held roles of increasing responsibility at Merck & Co. between October 2001 and August 2016, most recently serving as associate vice president. Dr. Renger was a postdoctoral fellow at the Massachusetts Institute of Technology Center for Learning and Memory and previously worked at the RIKEN Brain Science Institute in Japan. Dr. Renger earned his Ph.D. in biological sciences with a focus on neurogenetics at the University of Iowa where he also completed his B.S. in biology.

**Raymond Sanchez, M.D.** has served as our Chief Medical Officer since January 2019. Previously, from November 2007 to January 2019, Dr. Sanchez held various roles of increasing responsibility at Otsuka Pharmaceutical Development & Commercialization, Inc., most recently as senior vice president, global clinical development. From June 2018 to January 2019, Dr. Sanchez served as the chief medical officer of Avanir Pharmaceuticals, Inc. Dr. Sanchez is currently the executive co-chair of the International Society for CNS Drug Development and trustee, member of the board of directors for the Connecticut Mental Health Center Foundation, Yale School of Medicine, as well as several other not-for-profit organizations. Dr. Sanchez received a bachelor's degree from the Weinberg College of Arts and Sciences at Northwestern University and a medical degree from the Feinberg School of Medicine at Northwestern. He completed his residency training and fellowship in psychiatry at the Yale University Medical School, where he was also appointed as an instructor.

**Kathleen Tregoning, M.A.** has served as our Chief Corporate Affairs Officer since July 2020. Previously, from February 2017 to March 2020, Ms. Tregoning served as executive vice president for External Affairs at Sanofi S.A., a French multinational pharmaceutical company, where she was responsible for leading an integrated organization that brought together market access, communications, public policy, government affairs, patient advocacy and corporate social responsibility. Prior to joining Sanofi, Ms. Tregoning spent more than a decade at Biogen Inc., first as vice president, Public Policy & Government Affairs, from 2006 to 2015, and then as senior vice president, Corporate Affairs, from December 2015 to February 2017. Previously, Ms. Tregoning served as a professional staff member in the United States Congress, where she held health policy roles with the Senate Budget Committee, the House Energy & Commerce Committee, and the House Ways & Means Committee. Ms. Tregoning began her career with Andersen Consulting, where she developed business strategies and processes for clients in a range of industries, and later served as an Assistant Deputy Mayor for Policy & Budget in the office of the Mayor of Los Angeles. Ms. Tregoning graduated from Stanford University with a B.A. in International Relations and holds an M.A. in Public Policy from the Kennedy School of Government at Harvard University.

13