**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE CEREVEL THERAPEUTICS HOLDINGS, INC. SECURITIES LITIGATION | Case No. 25-cv-417-GBW |

**DEFENDANT PFIZER INC.'S MOTION FOR CERTIFICATION OF**
**INTERLOCUTORY APPEAL OR ALTERNATIVELY, FOR RE-ARGUMENT**

Defendant Pfizer Inc. ("Defendant"), by their undersigned counsel, respectfully submits this Motion for Certification of Interlocutory Appeal pursuant to 28 U.S.C. § 1292(b), or Alternatively, for Re-Argument (the "Motion"). The grounds for this Motion are set forth in Defendant's supporting Memorandum of Law submitted herewith.

Pursuant to D. Del. LR 7.1.1, counsel for the parties, including Delaware and lead counsel, discussed the subject of the foregoing motion and were unable to reach agreement.

MORRIS, NICHOLS, ARSHT
& TUNNELL LLP

/s/ John P. DiTomo
John P. DiTomo (#4850)
Alec F. Hoeschel (#7066)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 351-9329
jditomo@morrisnichols.com
ahoeschel@morrisnichols.com

2

SIMPSON THACHER & BARTLETT LLP
Lynn K. Neuner (*pro hac vice*)
George S. Wang (*pro hac vice*)
Anthony C. Piccirillo (*pro hac vice*)
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
lneuner@stblaw.com
gwang@stblaw.com
anthony.piccirillo@stblaw.com

*Attorneys for Defendant Pfizer Inc*

April 29, 2026