**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| IN RE CEREVEL THERAPEUTICS HOLDINGS, INC. SECURITIES LITIGATION | Case No. 25-cv-417-GBW |

**DECLARATION OF ANTHONY C. PICCIRILLO IN SUPPORT OF DEFENDANT
PFIZER INC.'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR
CERTIFICATION OF INTERLOCUTORY APPEAL OR ALTERNATIVELY,
FOR RE-ARGUMENT**

I, Anthony C. Piccirillo, declare under penalty of perjury that the following is true and correct: I am an attorney at the law firm Simpson Thacher & Bartlett LLP, counsel for PFIZER INC. ("Pfizer") in the above-captioned case. I am a member of the State Bar of New York and am admitted to practice before this Court *pro hac vice*. I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto. Each of the following facts and statements is true and correct to the best of my knowledge.

1.      Attached hereto as **Exhibit 1** is a true and correct copy of Pfizer's Oral Argument Slides, dated February 27, 2026.

1

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Signed this 29th day of April, 2026.


/s/ Anthony C. Piccirillo
Anthony C. Piccirillo


2