## Appendix A

## Cases not requiring culpable participation to be pleaded

| CASE NAME AND CITATION | COURT | DATE |
|---|---|---|
| *Alvarez v. Pacira BioSciences, Inc.*, 2026 WL 323085 | D.N.J. | Feb. 6, 2026 |
| *Plumbers v. Dick's Sporting Goods, Inc.*, 2025 WL 2325122 | W.D. Pa. | Aug. 12, 2025 |
| *Red Dragon Partners, LLC v. TruthMD, LLC*, 2025 WL 507520 | D. Del. | Feb. 14, 2025 |
| *Mallozzi v. Innovative Industrial Properties, Inc.*, 2024 WL 4285398 | D.N.J. | Sept. 25, 2024 |
| *In re Coinbase Global, Inc. Secs. Litig.*, 2024 WL 4053009 | D.N.J. | Sept. 5, 2024 |
| *In re RenovaCare, Inc. Secs. Litig.*, 2024 WL 2815034 | D.N.J. | June 3, 2024 |
| *Mallozzi v. Innovative Industrial Properties, Inc.*, 2023 WL 6121499 | D.N.J. | Sept. 19, 2023 |
| *Takata v. Riot Blockchain, Inc.*, 2023 WL 7133219 | D.N.J. | Aug. 25, 2023 |
| *SEC v. Fierro*, 2023 WL 4249011 | D.N.J. | June 29, 2023 |
| *In re Mylan N.V. Secs. Litig.*, 2023 WL 3539371 | W.D. Pa. | May 18, 2023 |
| *In re Grand Canyon Education, Inc. Secs. Litig.*, 2023 WL 2072227 | D. Del. | Feb. 16, 2023 |
| *Strougo v. Mallinckrodt Public Ltd. Co.*, 2022 WL 17740482 | D.N.J. | Dec. 16, 2022 |
| *SEPTA v. Orrstown Financial Services, Inc.*, 2022 WL 3572474 | M.D. Pa. | Aug. 18, 2022 |
| *Turnofsky v. electroCore, Inc.*, 2021 WL 3579057 | D.N.J. | Aug. 13, 2021 |
| *In re Grand Canyon Education, Inc. Secs. Litig.*, 2021 WL 3491779 | D. Del. | Aug. 9, 2021 |
| *Vanderhoef v. China Auto Logistics, Inc.*, 2021 WL 3260849 | D.N.J. | July 30, 2021 |