## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE CEREVEL THERAPEUTICS HOLDINGS, INC. SECURITIES LITIGATION | ) ) ) | C.A. No. 25-cv-417-GBW |

**BAIN CAPITAL INVESTORS, LLC'S MOTION TO CERTIFY INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(B), OR IN THE ALTERNATIVE, FOR RECONSIDERATION OR REARGUMENT OF THE COURT'S MARCH 30, 2026 ORDER**

Defendant Bain Capital Investors, LLC, ("Bain") respectfully submits this Motion to Certify Interlocutory Appeal under 28 U.S.C. § 1292(b), or in the Alternative, for Reconsideration or Reargument of the Court's March 30, 2026 Order (the "Motion"). Bain sets forth the grounds for this motion in its Opening Brief in Support of the Motion, filed contemporaneously herewith.

|  |  |
|---|---|
| | /s/ Christopher Fitzpatrick Cannataro |
| OF COUNSEL: | A. Thompson Bayliss (#4379) |
| | Christopher Fitzpatrick Cannataro (#6621) |
| Peter L. Welsh | Clara Hubbard (#7320) |
| Daniel V. McCaughey | ABRAMS & BAYLISS LLP |
| Elena Weissman Davis | 20 Montchanin Rd., Suite 200 |
| ROPES & GRAY LLP | Wilmington, DE 19807 |
| 800 Boylston St. | (302) 778-1000 |
| Boston, MA 02199-3600 | bayliss@abramsbayliss.com |
| (617) 951-7000 | cannataro@abramsbayliss.com |
| peter.welsh@ropesgray.com | hubbard@abramsbayliss.com |
| daniel.mccaughey@ropesgray.com | |
| elena.davis@ropesgray.com | *Attorneys for Defendant Bain Capital Investors, LLC* |
| Martin J. Crisp | |
| ROPES & GRAY LLP | |
| 1211 Avenue of the Americas | |
| New York, NY 10036-8704 | |
| (212) 596-9000 | |
| martin.crisp@ropesgray.com | |

Date: April 29, 2026